# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 8/29/19

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                         **Docket No.** 19-15962(MCA)

Commscope, Inc., v. Rosenberger Technology Kunshan Co., et al.

**Appearances:**

Robert Mahoney, Esq., for plaintiffs
Christopher Kwelty, Esq., for plaintiffs
Randal Kahnke, Esq., for plaintiffs
Anna Sallstrom, Esq., for plaintiffs
Mathew Oliver, Esq., for defendant Rosenberger Technology, Rosenberger Asia Pacific, Rosenberger Technology, LLC.

**Nature of proceedings**: Status Hearing

Seizure hearing to be rescheduled.
Parties are directed to meet with Judge Wettre on 9/3/19 at 2:00 p.m.
Status letter due by close of business 8/30/19.

Time Commenced 11:40 a.m.
Time Adjourned 12:00 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk