U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CommScope, Inc. | 19-15962 (SEALED) |
| DEFENDANT | TYPE OF PROCESS |
| Rosenberger Technology (Kunshan) Co. Ltd., et al. | Seizure Order |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT:
Rosenberger USA Corp
ADDRESS:
8970 Central Highway, Pennsauken, NJ 08109

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CommScope, Inc
c/o Norris McLaughlin, PA
400 Crossing Blvd, 8th Floor
Bridgewater, NJ 08807

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Must be completed by Wednesday August 28, 2019, and pursuant to the sealed order dated August 23, 2019.

Signature of Attorney other Originator requesting service on behalf of:
Edward C. Sponzilli, Esq.
Norris McLaughlin, P.A.

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 609-722-0700
DATE: 8/26/19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 2 | 50 | 50 | E. Baskerville | 8/26/19 |

Luis Alvarado, General Manager, Rosenberger USA

Date/Time: 8/27/2019 0900

Service Fee: 260
13.92    $273.93    $0.00

REMARKS: $65 per DUSM × 4 DUSMS = $260
6 miles round trip per DUSM × .58¢ per mile = 13.92

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT
5. ACKNOWLEDGMENT OF RECEIPT

19-CV-15962 #2