UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Janet Javier, and Robert Cameron;<br><br>Defendants. | Civil Action No. 19-cv-15962-MCA-LDW<br><br>[PROPOSED] ORDER |

**THIS MATTER** comes before the Court on the joint scheduling proposal of Plaintiff CommScope, Inc. ("CommScope") and Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd.; Rosenberger Technology LLC (collectively, the "Rosenberger Defendants," and, together with CommScope, the "Parties").

Based on the affidavits, files, and records herein, the Court hereby **ORDERS** as follows:

1. Pursuant to the Federal Rules of Civil Procedure and the Parties' joint proposal, the Court authorizes expedited discovery in this matter for the purposes of CommScope's motion for a preliminary injunction.

2. By 5:00 p.m. (eastern time) on October 11, 2019, substantial document production will be completed.

3. By 5:00 p.m. (eastern time) on November 8, 2019, expedited discovery will be completed.

US.124735562.01

4. CommScope will file its motion and papers for a preliminary injunction on November 22, 2019.

5. Defendants will file their opposition briefing on December 13, 2019.

6. CommScope will file any reply brief by December 23, 2019.

7. The hearing scheduled on CommScope's motion for preliminary injunction will be scheduled at the Court's convenience following the conclusion of all briefing.

**SO ORDERED** this 2nd day of Sept, 2019.

_Leda D. Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge