UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC.,<br><br>        Plaintiff,<br>v.<br><br>ROSENBERGER TECHNOLOGY KUNSHAN CO. LTD., *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>19-15962 (MCA) (LDW)<br><br>ORDER |

**THIS MATTER** having come before the Court by way of discovery disputes raised in the parties' joint submissions dated September 19, 2019 and October 25, 2019, as well as plaintiff's supplemental letter of November 18, 2019 and defendants' response of November 22, 2019; and the Court having considered counsels' arguments from the October 17, 2019 telephonic hearing; and the Court having delivered its more particularized rulings under seal on the record during a December 4, 2019 in-person conference; and for the reasons stated on the record;

**IT IS, on this 4th day of December 2019,**

**ORDERED** that the Rosenberger defendants shall produce source code for the programs identified in this Court's oral opinion.

*/s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge