# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| CommScope, Inc., | ) | Civil Action No. 19-cv-15962- |
|  | ) | MCA-LDW |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Rosenberger Technology (Kunshan) | ) | **[PROPOSED] STIPULATED** |
| Co. Ltd., Rosenberger Asia Pacific | ) | **ORDER** |
| Electronic Co., Ltd., Rosenberger | ) |  |
| Technology LLC, Rosenberger USA | ) |  |
| Corp., Rosenberger North America | ) |  |
| Pennsauken, Inc., Rosenberger Site | ) |  |
| Solutions, LLC, Rosenberger | ) |  |
| Hochfrequenztechnik GmbH & Co. | ) |  |
| KG, Northwest Instrument, Inc., | ) |  |
| CellMax Technologies AB, Janet | ) |  |
| Javier, and Robert Cameron, | ) |  |
|  | ) |  |
| Defendants. |  |  |

**WHEREAS**, Plaintiff CommScope, Inc. ("Plaintiff") filed this action on July 29, 2019;

**WHEREAS**, Plaintiff alleges in its Amended Complaint that the software programs AAAP, PSOAA, and related support software are valid trade secrets [ECF No. 50 ("Am. Compl.") ¶¶ 38, 42];

**WHEREAS**, Plaintiff alleges that defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, and Rosenberger Hochfrequenztechnik GmbH & Co. KG (collectively, the "Rosenberger Defendants") obtained and still have possession of Plaintiff's trade-secret software AAAP, PSOAA, and related support software (Am. Compl. ¶ 54);

US.125633786.01

**WHEREAS**, certain Rosenberger Defendants have produced documents indicating that certain engineers possessed copies of AAAP, PSOAA, and one related support software program;

**WHEREAS**, Plaintiff alleges the Rosenberger Defendants have used AAAP, PSOAA, and related support software to design, develop, test, validate, qualify, and/or market Base Station Antennas ("BSAs") (Am. Compl. ¶¶ 64–69), and to develop plots used to sell BSAs (Am. Compl. ¶¶ 72–95);

**WHEREAS,** Plaintiff does not allege that the operation or use of any base station antennas requires AAAP, PSOAA, or any related support software;

**WHEREAS,** the Rosenberger Defendants deny that they have any liability to Plaintiff for the claims alleged in the Amended Complaint and, in particular, deny that AAAP, PSOAA, and related support software are valid trade secrets;

**WHEREAS**, the Rosenberger Defendants have represented that they have taken reasonable efforts to ensure that (1) they are not now using, and will not in the future use, any version or copy of AAAP, PSOAA, and/or related support software and (2) they will not use, in any way or anywhere, any BSA-related plots, reports, or files unless Rosenberger has confirmed that the plots, reports, or files were generated by software other than AAAP or PSOAA;

**WHEREAS**, the Rosenberger Defendants' representations and confirmations, including those in prior correspondence with Plaintiff—that they have taken reasonable efforts to ensure that they are not using AAAP or PSOAA, or plots, reports, or files generated by those software programs—shall not be construed as an admission or concession that AAAP or PSOAA is a valid trade secret or that any Rosenberger Defendant has engaged in any wrongful conduct;

**WHEREAS**, the parties wish to eliminate any dispute relating to (1) the Rosenberger Defendants' present or future use of AAAP, PSOAA, and related support software and (2) the Rosenberger Defendants' present or future use of any BSA-related plots, reports, or files generated by AAAP or PSOAA;

US.125633786.01

**WHEREAS**, CommScope and the Rosenberger Defendants reserve all rights, claims, and defenses and waive none;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that:

1.    The Court may, without further proceedings, issue an order under Rule 65 of the Federal Rules of Civil Procedure which:

(a)    Enjoins the Rosenberger Defendants, their agents and subsidiaries under their control—regardless of location—and those who are in active concert or participation with the Rosenberger Defendants, from using, in any way or anywhere, any version or copy of AAAP, PSOAA, Satimo Macro Generator, HFSS to AAF, CST to AAF, or AAAP Import Automation, from the entry date of this order until the entry date of final judgment in this action.

(b)    Enjoins the Rosenberger Defendants, their agents and subsidiaries under their control—regardless of location—and those who are in active concert or participation with the Rosenberger Defendants, from using, in any way or anywhere, any BSA-related plots, reports, or files unless Rosenberger has confirmed that the plots, reports, or files were generated by software other than AAAP, PSOAA, Satimo Macro Generator, HFSS to AAF, CST to AAF, or AAAP Import Automation, from the entry date of this order until the entry date of final judgment in this action.

2.    Nothing contained in this Stipulated Order or the Rosenberger Defendants' prior representations and confirmations shall:

(a)    bar the sale or use of any base station antenna, provided however, that CommScope reserves its rights to seek an injunction barring the sale or use of base station antennas in the future;

(b)    bar the design, analysis, testing, validation, qualification, evaluation, marketing or development of any base station antenna on the basis that AAAP, PSOAA, or any related support software has been used in the past, or is alleged to have been used in the past,

with respect to any base station antenna, provided however, that CommScope reserves its rights to seek such an injunction in the future;

(c)    be construed as an admission or concession by any Rosenberger Defendant that AAAP, PSOAA, or any related support software is a valid trade secret or that any Rosenberger Defendant has engaged in any wrongful conduct.

Dated: December 6, 2019

Respectfully submitted,

**MILBANK LLP**

By:   /s/ *Y. John Lu*
      Daniel M. Perry (*pro hac vice*)
      Kim B. Goldberg (*pro hac vice*)
      55 Hudson Yards
      New York, New York 10001
      Telephone:  (212) 530-5000
      dperry@milbank.com
      kgoldberg@milbank.com

      David I. Gindler (*pro hac vice*)
      Y. John Lu (*pro hac vice*)
      2029 Century Park East, 33rd Floor
      Los Angeles, CA 90067
      Telephone:  (424) 386-4000
      dgindler@milbank.com
      jlu@milbank.com

**LOWENSTEIN SANDLER LLP**
      Matthew M. Oliver, Esq.
      One Lowenstein Drive
      Roseland, New Jersey 07068
      Telephone:  (973) 597-2500
      moliver@lowenstein.com

**FAEGRE BAKER DANIELS LLP**

By:   /s/ *Randall E. Kahnke*
      Randall E. Kahnke (*pro hac vice*)
      Tyler Young (*pro hac vice*)
      Anna E. Sallstrom (*pro hac vice*)
      2200 Wells Fargo Center
      90 South Seventh Street
      Minneapolis, MN 55402-3901
      Phone: (612) 766-7000
      Fax: (612) 766-1600
      randall.kahnke@faegrebd.com
      tyler.young@faegrebd.com
      anna.sallstrom@faegrebd.com

**NORRIS McLAUGHLIN, P.A.**
      Edward G. Sponzilli
      400 Crossing Boulevard, 8th Floor
      P.O. Box 5933
      Bridgewater, NJ 08807-5933
      Phone: 908-7220700
      Fax: 908-722-0755
      egsponzilli@norris-law.com

*Attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger*

*Attorneys for Plaintiff CommScope, Inc.*

*Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, and Rosenberger Hochfrequenztechnik GmbH & Co. KG*

IT IS HEREBY ORDERED that:

1.      The Court, without further proceedings, issues this order under Rule 65 of the Federal Rules of Civil Procedure which:

(a)      Enjoins the Rosenberger Defendants, their agents and subsidiaries under their control—regardless of location—and those who are in active concert or participation with the Rosenberger Defendants, from using, in any way or anywhere, any version or copy of AAAP, PSOAA, Satimo Macro Generator, HFSS to AAF, CST to AAF, or AAAP Import Automation, from the entry date of this order until the entry date of final judgment in this action.

(b)      Enjoins the Rosenberger Defendants, their agents and subsidiaries under their control—regardless of location—and those who are in active concert or participation with the Rosenberger Defendants, from using, in any way or anywhere, any BSA-related plots, reports, or files unless Rosenberger has confirmed that the plots, reports, or files were generated by software other than AAAP, PSOAA, Satimo Macro Generator, HFSS to AAF, CST to AAF, or AAAP Import Automation, from the entry date of this order until the entry date of final judgment in this action.

2.      Nothing contained in this Stipulated Order or the Rosenberger Defendants' prior representations and confirmations shall:

(a)      bar the sale or use of any base station antenna, provided however, that CommScope reserves its rights to seek an injunction barring the sale or use of base station antennas in the future;

(b)      bar the design, analysis, testing, validation, qualification, evaluation, marketing or development of any base station antenna on the basis that AAAP, PSOAA, or any

US.125633786.01

related support software has been used in the past, or is alleged to have been used in the past, with respect to any base station antenna, provided however, that CommScope reserves its rights to seek such an injunction in the future;

(c)    be construed as an admission or concession by any Rosenberger Defendant that AAAP, PSOAA, or any related support software is a valid trade secret or that any Rosenberger Defendant has engaged in any wrongful conduct.

3.    The Court finds that it is not necessary to post security in connection with this Stipulated Order.


IT IS SO ORDERED


_____

MADELINE COX ARLEO
United States District Judge


Dated:  _____