

FaegreBD.com

**Martin S. Chester**
*Partner*
**martin.chester@FaegreBD.com**
Direct **+1 612 766 7232**

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center ▾ 90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Main **+1 612 766 7000**
Fax **+1 612 766 1600**

January 26, 2020

**VIA ECF**
Hon. Leda Dunn Wettre
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

Re:   CommScope, Inc. v. Rosenberger Technology (Kunshan) Co., Ltd., et al., No. 19-cv-1592 (MCA) (LDW)

Dear Magistrate Judge Wettre:

    I write you on behalf of all parties to notify you that a discovery dispute has arisen between the parties regarding plaintiff CommScope's assertion of work-product protection over certain documents. Defendants disagree with CommScope's assertion of the protection.  The parties conferred from January 14 to January 16, but were unable to resolve this issue among themselves. Defendants provided CommScope with its portion of a joint letter on January 23. CommScope has agreed to provide its portion of the joint letter to Defendants by 9AM ET on February 4, and the parties will submit the joint letter to the Court no later than February 4, 2020.

    Given the upcoming deadline of February 21, 2020 for Defendants' response to CommScope's motion for preliminary injunction, we are writing to alert you now of this issue, and to ask that the Court set a telephonic hearing to resolve this issue as soon as possible after February 4.

    Thank you very much for your assistance and consideration.

Sincerely,

Martin S. Chester

cc:   All Counsel of Record

DMS_US.126447426.01