

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

January 28, 2021

**VIA ECF**
The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **CommScope, Inc. v. Rosenberger Technology (Kunshan) Co. Ltd., *et al.*
               Civil Action No. 2:19-cv-15962-MCA-LDW**

Dear Judge Wettre,

CommScope and Rosenberger respectfully request that the Court vacate the February 5th conference and schedule a conference to address any outstanding discovery disputes during the first week of March. The parties have exchanged discovery requests and have agreed on a timeline to exchange proposed lists of custodians and search terms. But the parties do not currently anticipate having disputes regarding search terms and custodians that will be ripe for the Court's resolution on February 5th. Of course, if you have questions, the parties will be happy to address them. Thank you for your time and attention to this matter.

                                    Respectfully submitted,

                                    **NORRIS McLAUGHLIN, P.A.**

                                    /s/ Edward G. Sponzilli
                                    Edward G. Sponzilli

CC: Counsel of record (via ECF)

