UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COMMSCOPE, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., et al.,**<br><br>*Defendants*. | **Civil Action No. 19-15962**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff CommScope, Inc.'s Motion for Preliminary Injunction Against Rosenberger Defendants, ECF No. 173;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 20th day of April, 2021;

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction, ECF No. 173, is **DENIED**.

.

*/s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**