# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC., <br><br> Plaintiff, <br> v. <br><br> ROSENBERGER TECHNOLOGY KUNSHAN CO. LTD., *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 19-15962 (JXN) (LDW) <br><br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of an August 11, 2021 telephone conference before the undersigned, and the parties having submitted their respective positions on an extension of the case schedule via joint letter on August 6, 2021, and for good cause shown,

**IT IS, on this 11th day of August 2021, ORDERED** that the Pretrial Scheduling Order entered January 11, 2021 (ECF No. 370), as subsequently amended, is hereby further amended for a **FINAL** time as follows:

1. Fact discovery is extended through **January 31, 2022**.

2. All affirmative expert reports shall be delivered by **March 1, 2022**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **April 29, 2022**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 15, 2022**.

5. The parties shall appear for a telephonic conference before the undersigned on **September 15, 2021 at 1:30 p.m.** No dispute shall be considered at that conference that is not fully

submitted by **September 3, 2021**.  Dial-in information will be emailed to counsel of record ahead of the conference.

                         *s/ Leda Dunn Wettre*
                         Hon. Leda Dunn Wettre
                         United States Magistrate Judge