# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., | ) Civil Action No. 19-cv-15962-JXN-LDW |
| Plaintiff, | ) |
| v. | ) |
| Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB, Janet Javier, and Robert Cameron, | ) [PROPOSED] SEALING ORDER FOR MOTION TO SEAL TRANSCRIPT OF TELEPHONE CONFERENCE PURSUANT TO L. CIV. R. 5.3 |
| Defendants. | ) |

**THIS MATTER** having come before the Court by way of the Motion to Seal Pursuant to L. Civ. R. 5.3 (the "Motion") by Milbank LLP and Lowenstein Sandler LLP, attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., and Rosenberger Technology LLC (collectively, "Rosenberger" or "Movants"), seeking to seal portions of the Transcript of the Telephone Conference held on June 21, 2021, before Magistrate Judge Leda Dunn Wettre.

Movants seek to seal the following Identified Materials, as indicated in the Consolidated Index: Transcript of the Telephone Conference held on June 21, 2021 before Magistrate Judge Leda Dunn Wettre, *specifically, portions of pp. 14, 23 & 24 of the transcript*.

The Court having considered the factors contained in L. Civ. R. 5.3(c)(2), makes the following Findings of Fact and Conclusions of Law:

1. Movants have a legitimate interest in maintaining the confidentiality of the information to protect its disclosure. Specifically, the Identified Materials that Movants seek to seal are statements that disclose information contained in discovery materials that have been designated confidential or Attorneys' Eyes Only by the propounding party and that contain confidential and proprietary information pertaining to the Movants' business operations.

2. Before the production of any documents, the parties agreed to a Discovery Confidentiality Order governing the treatment of confidential information. The Court entered the Discovery Confidentiality Order on September 24, 2019. The Identified Materials fall within the Discovery Confidentiality Order's description of materials that may be designated confidential in this action.

3. In light of the sensitive nature of the Identified Materials, the Court finds that public disclosure of the confidential information would cause clearly defined and serious injury and that any public interest in the confidential information is outweighed by the interests of the Movants in maintaining confidentiality.

4. No less restrictive alternative is available.

**WHEREAS**, the Court having found that there is good cause to grant the motions to seal under the factors set forth in L. Civ. R. 5.3(g)(2);

**IT IS** on this day, August 24 2021:

**ORDERED** that Movant's motion to seal (ECF No. 435) is hereby GRANTED; and it is further

**ORDERED** that, pursuant to L.Civ.R. 5.3(g)(2), the parties shall submit to the transcription agency the redacted version of the Transcript of the Telephone Conference held on June 21, 2021 before Magistrate Judge Leda Dunn Wettre within seven days of the date of the within Order; and it is further

**ORDERED** that pursuant to L.Civ.R. 5.3(g)(2), the transcription agency shall submit the redacted version of the Transcript of the Telephone Conference held on June 21, 2021 before Magistrate Judge Leda Dunn Wettre to the Clerk of Court for purposes of electronic filing on the docket.

The Clerk of Court shall terminate the motion to seal at ECF 435.

_____
Honorable Judge Leda Dunn Wettre
United States Magistrate Judge