# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROSENBERGER TECHNOLOGY KUNSHAN CO. LTD., *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 19-15962 (JXN) (LDW) <br><br> **ORDER** |

The Court having considered written submissions from the parties dated July 29, 2021, August 17, 2021, August 23, 2021, September 3, 2021 and September 10, 2021 concerning written discovery disputes, and the Court having heard extensive oral argument on September 21, 2021 and having rendered rulings on the record concerning the same;

**IT IS, on this 21st day of September 2021,**

**ORDERED** that Commscope's application to compel Rosenberger to provide information responsive to the requests set forth in Commscope's July 29, 2021 submission is hereby GRANTED, and Rosenberger shall produce responsive information on an expedited basis, by way of rolling production; and it is further

**ORDERED** that Commscope's requests in the joint dispute letter of September 10, 2021 to compel further production of information from the Rosenberger defendants is GRANTED IN PART and DENIED IN PART, to the extent set forth on the record; and it is further

**ORDERED** that the Rosenberger defendant's requests in the joint dispute letter of September 10, 2021 to compel further production of information from the Commscope plaintiffs is GRANTED IN PART and DENIED IN PART, to the extent set forth on the record; and it is further

**ORDERED** that the time to take an appeal from the foregoing rulings shall run from the date the transcript of the Court's rulings is made available to the parties, provided the parties place an order for the transcript no later than one week from the date of this Order; and it is further

**ORDERED** that the Court shall hold a further case management conference in this action on November 9, 2021 at 3 p.m. and that any issues that necessitate[1] a ruling by the Court shall be fully presented, by way of joint dispute letter, no later than 14 days before the conference.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge

---

[1] The Court has devoted an immense amount of time in considering and resolving a plethora of disputes concerning written discovery.  While the action is wide-ranging in scope and every party has the right to vigorously pursue its claims and defenses, going forward, the Court will consider only those issues which the parties demonstrate they have made every genuine, good-faith effort to resolve among themselves before presenting to the Court.  Given the lengthy period of time this case has been in fact discovery and the number of disputes the Court already has been required to resolve, any remaining written discovery disputes should at this point be few to none.