# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC, | ) ) ) ) | Civil Action No. 19-cv-15962-JXN-LDW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CONSOLIDATED INDEX IN SUPPORT OF JOINT MOTION TO SEAL NOVEMBER 17, 2021 HEARING TRANSCRIPT** |
| Defendants | | |

**I.** **Documents submitted in connection with the November 17, 2021 Hearing Transcript (ECF No. 488).**

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| November 17, 2021 Hearing Transcript (ECF No. 488) (at 9-10) | These portions of the transcript reveal information that has been designated Confidential and/or Attorneys' Eyes Only under the Discovery Confidentiality Order (ECF No. 22), including confidential and non-public information about CommScope's products, business practices, and strategies. (*See* Declaration of Farid Firouzbakht ("Firouzbakht Decl.") ¶ 2). | Disclosure of this information would cause clearly defined and serious injury to CommScope because it would reveal confidential and non-public information about CommScope's products, business practices, and strategies. (Firouzbakht Decl. ¶ 3). | Redacted version of transcript proposed that may be filed publicly. | Defendants do not oppose the motion to seal. |

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| November 17, 2021 Hearing Transcript (ECF No. 488) (at 16-19, 23) | These portions of the transcript reveal discovery information that has been designated Attorneys Eyes Only and Confidential under the Discovery Confidentiality Order (ECF No. 22). (Firouzbakht Decl. ¶ 2). | Disclosure of this information would cause clearly defined and serious injury to CommScope because it would reveal discovery information that has been designated Attorneys Eyes Only and Confidential under the Discovery Confidentiality Order. (Firouzbakht Decl. ¶ 3). | Redacted version of transcript proposed that may be filed publicly. | Defendants do not oppose the motion to seal. |
| Transcript of Telephone Conference held on November 17, 2021, before Magistrate | This portion of the Transcript references discovery material that has been designated as Confidential or Attorneys' Eyes Only | Clearly defined, serious, and unnecessary harm to Rosenberger by disclosing information | Redacted version of Transcript proposed that may be filed publicly. | Plaintiff does not oppose the motion to seal. |

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| Judge Wettre (at 9-15, 20-22) | and contains confidential and commercially sensitive information about Rosenberger's base station antenna design and development processes.  (*See* Liu Decl. ¶ 3.) | contained in discovery materials that have been designated Confidential or Attorneys' Eyes Only. (*See* Liu Decl. ¶ 3.) | | |