**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| COMMSCOPE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., *et al.*,<br><br>    Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

  **THIS MATTER** having come before the Court by way of a December 3, 2021 joint request from the parties (ECF No. 489) seeking an extension of discovery deadlines to allow for the coordination of depositions; and whereas several of the parties to this action are also parties to a patent case pending in the District of Delaware; and the parties anticipating that many of the witnesses to be deposed in this action will also be deposed in the Delaware action; and the parties notifying the Court that several witnesses will need to travel internationally to provide such depositions; and the parties having agreed to coordinate these depositions such that the burden on witnesses and counsel may be minimized; and, therefore, good cause having been shown,

  **IT IS, on this 17th day of December 2021, ORDERED** that the Pretrial Scheduling Order entered January 11, 2021 (ECF No. 370), as subsequently amended, is hereby further amended as follows:

1. The period in which depositions may be taken is extended through **March 31, 2022**.  All other fact discovery shall be concluded by the existing deadline of **January 31, 2022.**  Per the agreement of the parties, the extension with respect to deposition discovery shall not be used to demand additional written discovery or to argue for additional depositions.

2.  All affirmative expert reports shall be delivered by **May 20, 2022**.  Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3.  All responding expert reports shall be delivered by **June 29, 2022**.  Any such report shall comport with the form and content requirements referenced above.

4.  Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **August 31, 2022**.

5.  The parties shall appear for a telephonic status conference before the undersigned on **February 16, 2022 at 4:30 p.m.**  The parties shall submit concise status letters to the Court no later than one week in advance of the conference.  Dial-in information for the conference is (888) 684-8852, access code 8948139.

> _s/ Leda Dunn Wettre_
> Hon. Leda Dunn Wettre
> United States Magistrate Judge