UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope, Inc. of North Carolina and CommScope Technologies, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB, Janet Javier, and Robert Cameron.<br><br>*Defendants.* | Civil Action No. 2:19-cv-15962-JXN-LDW |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Christopher S. Kwelty, Esq. of Norris McLaughlin P.A., an attorney admitted or otherwise authorized to practice in this court, hereby enters an appearance on behalf of Plaintiffs, CommScope, Inc., CommScope, Inc. of North Carolina and CommScope Technologies, LLC, in the above-captioned matter, and requests that copies of all papers in this action be served upon the undersigned.

                                            **NORRIS McLAUGHLIN, P.A.**
                                            *Attorneys for Plaintiffs, CommScope, Inc.,*
                                            *CommScope, Inc. of North Carolina and*
                                            *CommScope Technologies, LLC*

                                        By:   */s/ Christopher S. Kwelty*
                                                      Christopher S. Kwelty

Dated:  January 7, 2022