UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB,<br><br>Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br><br><br>**ORDER GRANTING JOINT MOTION TO SEAL NOVEMBER 17, 2021 HEARING TRANSCRIPT** |

**THIS MATTER** having come before the Court by way of the Joint Motion to Seal Pursuant to L. Civ. R. 5.3 (the "Motion") by Faegre Drinker Biddle & Reath LLP and Norris McLaughlin, P.A., attorneys for Plaintiff CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC ("CommScope"), and Milbank LLP and Lowenstein Sandler LLP, attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp.,

Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB (collectively, "Rosenberger" and, together with CommScope, the "Movants"), seeking to seal portions of the Transcript of the Telephone Conference held on November 17, 2021 before Magistrate Judge Leda Dunn Wettre (ECF No. 488) (the "Identified Materials").

Movants seek to seal the following Identified Materials, as indicated in the Consolidated Index (ECF No. 493-1): Portions of the Transcript of the Telephone Conference held on November 17, 2021 before Magistrate Judge Leda Dunn Wettre, specifically portions of pages 9-10; 16-19; 23; 9-15; and 20-22 of the transcript.

The Court having considered the factors contained in L. Civ. R. 5.3(c)(3), makes the following Findings of Fact and Conclusions of Law:

1. Movants have a legitimate interest in maintaining the confidentiality of the information to protect its disclosure. Specifically, the Identified Materials that Movants seek to seal are statements that disclose information contained in discovery materials that have been designated confidential or Attorneys' Eyes Only by the propounding party and that contain confidential and proprietary information pertaining to the Movants' business operations.

2. Before the production of any documents, the parties agreed to a Discovery Confidentiality Order governing the treatment of confidential information. The Court entered the Discovery Confidentiality Order on September

24, 2019. The Identified Materials fall within the Discovery Confidentiality Order's description of materials that may be designated confidential in this action.

3. In light of the sensitive nature of the Identified Materials, the Court finds that public disclosure of the confidential information would result in clearly defined and serious injury and that any public interest in the confidential information is outweighed by the interests of the Movants in maintaining confidentiality.

4. No less restrictive alternative is available.

**WHEREAS**, the Court having found that there is good cause to grant the motions to seal under the factors set forth in L. Civ. R. 5.3(c)(3).

**IT IS** on this day, January 10, 2022:

**ORDERED** that Movants' motion to seal (ECF No. 493) is hereby **GRANTED**; and it is further

**ORDERED** that, pursuant to L. Civ. R. 5.3(g)(2), the parties shall submit to the transcription agency the redacted version of the Transcript of the Telephone Conference held on November 17, 2021 before Magistrate Judge Leda Dunn Wettre within seven days of the date of the within Order; and it is further

**ORDERED** that pursuant to L. Civ. R. 5.3(g)(2), the transcription agency shall submit the redacted version of the Transcript of the Telephone Conference held on November 17, 2021 before Magistrate Judge Leda Dunn Wettre to the Clerk of Court for purposes of electronic filing on the docket.

**ORDERED** that the Clerk of Court is directed to terminate the motion to seal (ECF No. 493).

                                                */s/ Leda Dunn Wettre*

                                        Honorable Judge Leda Dunn Wettre
                                        United States Magistrate Judge