Daniel S. Eichhorn, Esq. (5505)
Cullen and Dykman LLP
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300
(201) 488-2460 - telecopier

Attorneys for Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, and Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and Cellmax Technologies AB

| | |
|---|---|
| COMMSCOPE, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ROSENBERGER TECHNOLOGY KUSHAN CO., et al.<br><br>       Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 2:19cv15962 (JXN) (LDW)<br><br>Civil Action<br><br><br>**AMENDED**<br>**NOTICE OF APPEARANCE** |

To: William T. Walsh, Clerk
   United States District Court
   District of New Jersey
   50 Walnut Street
   Newark, New Jersey 07101

   **PLEASE TAKE NOTICE** that Daniel S. Eichhorn, Esq. of Cullen and Dykman LLP hereby enters an appearance as co-counsel on behalf of Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, and Northwest Instrument, Inc. and Cellmax Technologies AB and requests that copies of all papers in this action be served upon the undersigned and any future Notices of Electronic Filing related to this case be forwarded to Mr. Eichhorn (deichhorn@cullenllp.com).

                   s/Daniel S. Eichhorn, Esq.
                   Daniel S. Eichhorn, Esq.

Dated: February 7, 2022