| | |
|---|---|
| COMMSCOPE, INC. COMMSCOPE INC. OF NORTH CAROLINA, AND COMMSCOPE TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY (KUSHAN) CO. LTD., et al.<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 2:19cv15962 (JXN-LDW)<br><br>Civil Action<br><br>**STIPULATION AND ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

The undersigned hereby stipulate and consent to the substitution of the law firm of Cullen and Dykman LLP, at this time, and the law firm of King & Wood Mallesons, by its counsel Vincent Filardo, Jr., Esq. upon being admitted *pro hac vice*, as attorneys of record for Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik Gmbh & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB In Place, instead of the law from Lowenstein Sandler LLP and the law firm Millbank LLP by its attorneys Daniel M. Perry, Esq., David I. Gindler, Esq., Gary N. Frischling, Esq., Christopher J. Gaspar, Esq., Y. John Lu, Esq., Lauren N. Drake, Esq., Nathaniel T. Browand, Esq., Kim B. Goldberg, Esq., Matthew J. Grier, Esq., James Samuel Payne, Esq., and Haley Ling, Esq., admitted *pro hac vice*.

**Lowenstein Sandler LLP**
Withdrawing Counsel


By:____s/Matthew M. Oliver, Esq.____
        Matthew M. Oliver, Esq.
        Michelle Goldman, Esq.


**Milbank LLP**
Withdrawing Counsel


By:___ s/Daniel M. Perry , Esq._____
        Daniel M. Perry , Esq.
        David I. Gindler, Esq.
        Gary N. Frischling, Esq.
        Christopher J. Gaspar, Esq.
        Y. John Lu, Esq.
        Lauren N. Drake, Esq.
        Nathaniel T. Browand, Esq.
        Kim B. Goldberg, Esq.
        Matthew J. Grier, Esq.
        James Samuel Payne, Esq.
        Haley Ling, Esq.
        Appearing *pro hac vice*


**Cullen and Dykman LLP**
Substitution Counsel


By:____s/Daniel S. Eichhorn_____
        Daniel S. Eichhorn, Esq. (5505)


**King & Wood Mallesons**
Substitution Counsel


By:___s/ Vincent Filardo, Jr._____
        Vincent Filardo, Jr.
        Pending *pro hac vice admission*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____

                                                    Judge