**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| COMMSCOPE, INC.,<br>                    Plaintiff,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY KUSHAN CO., *et al.*,<br><br>                    Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br>**ORDER ADMITTING VINCENT FILARDO, JR., MARK RASKIN, MICHAEL DEVINCENZO, CHARLES WIZENFELD & MICHAEL AMBERG *PRO HAC VICE*** |

**THIS MATTER** having come before the Court on the application of Daniel S. Eichhorn, counsel for defendants, for the admission *pro hac vice* of Vincent Filardo, Jr., Mark Raskin, Michael DeVincenzo, Charles Wizenfeld and Michael Amberg, pursuant to Local Civil Rule 101.1(c); and the Court having considered the certifications in support of the applications, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 101.1(c); and all counsel having consented on the record on February 16, 2022; and for good cause shown;

**IT IS** on this day, February 17, 2022:

**ORDERED** that the application for admission *pro hac vice* of Vincent Filardo, Jr., Mark Raskin, Michael DeVincenzo, Charles Wizenfeld and Michael Amberg is granted; and it is further

**ORDERED** that Vincent Filardo, Jr., Mark Raskin, Michael DeVincenzo, Charles Wizenfeld and Michael Amberg shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Daniel Eichhorn or another member of his firm admitted to practice in New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local

Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) enter appearances for parties; and (e) be responsible for the conduct of the cause and counsel in this matter; and it is further

ORDERED that Vincent Filardo, Jr., Mark Raskin, Michael DeVincenzo, Charles Wizenfeld and Michael Amberg shall each make payment to the New Jersey Lawyers' Fund for Client Protection as provided by Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

ORDERED that Vincent Filardo, Jr., Mark Raskin, Michael DeVincenzo, Charles Wizenfeld and Michael Amberg shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3).

  *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge
