UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC,<br><br>        Plaintiff,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 25, 2022 joint request from the parties (ECF No. 501) seeking further extension of discovery deadlines, as the parties anticipate that approximately half of the witnesses to be deposed in this case are located in mainland China; and counsel having informed the Court that these witnesses are prohibited by Chinese law from participating in depositions for a United States legal proceeding while in mainland China, and will thus need to travel to provide testimony (ECF Nos. 489, 501); and China currently imposing a 28-day quarantine period upon return to mainland China, a significant burden upon the witnesses to be deposed; and good cause having therefore been shown,

**IT IS, on this 18th day of February 2022, ORDERED** that the Pretrial Scheduling Order entered January 11, 2021 (ECF No. 370), as subsequently amended, is hereby further amended for a FINAL time as set forth below.  **<u>There shall be no further extensions of the deadlines contained herein.</u>**

1. The period in which depositions may be taken is extended through **July 15, 2022**. All other fact discovery shall have been completed by the January 31, 2022 deadline of ECF No. 494.

2. All affirmative expert reports shall be delivered by **August 5, 2022**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **October 14, 2022**. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **October 14, 2022**.

5. The parties shall appear for a telephonic status conference before the undersigned on **June 9, 2022 at 2:00 p.m.** The parties shall submit a joint status letter to the Court no later than one week in advance of the conference. Dial-in information for the conference is (888) 684-8852, access code 8948139.

       *s/ Leda Dunn Wettre*
       Hon. Leda Dunn Wettre
       United States Magistrate Judge