# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB,<br><br>Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br>**DECLARATION OF SAMMIT PATEL IN SUPPORT OF JOINT MOTION OF ALL PARTIES FOR RECONSIDERATION OF THE DENIAL OF THE REQUESTED EXTENSION BASED ON <u>NEW</u> INFORMATION, OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION** |

I, Sammit Patel, declare as follows:

1. I am the Vice President of Engineering for CommScope's base station antenna business unit. I manage teams of engineers in CommScope's research and design facilities in China. I have personal knowledge of the facts set forth herein.

2. I understand that Defendants have sought to depose Xu Guolong ("Dragon"), Wu Ligang, and Li Yuemin ("Paul") from CommScope in this litigation. I manage Dragon who supervises Wu Ligang and Paul. These three

CommScope witnesses work in CommScope's Suzhou, China facilities and live in the Suzhou area. These facilities are located in Mainland China.

3. Suzhou is approximately one hour by train outside of Shanghai. The CommScope witnesses would be traveling through Shanghai's airports for the depositions in this case. For depositions during expedited discovery, the China-based witnesses who testified for CommScope traveled through Shanghai's airports to Hong Kong.

4. In light of the rising COVID cases in the Shanghai area, the Chinese government has instituted lockdowns, including for Shanghai. Under the lockdown policies, I understand that residents are confined to their homes and unable to leave even for essential purposes, such as buying groceries.

5. The Suzhou area is not currently in lockdown, but the government there is testing everyone (a city of over 7 million people). If one person in a neighborhood in Suzhou tests positive for COVID, then the entire neighborhood goes into lockdown for up to two weeks. Currently, 180 CommScope Suzhou employees are in lockdown. CommScope's Environmental, Health and Safety team has assessed Suzhou as a high risk for completely locking down.

6. The quarantine policies in China vary by city or province and are subject to change with little notice. I understand that under the current COVID restrictions in China, travelers who leave Mainland China face mandatory

quarantine periods up to 56 days. These quarantine policies would require the witnesses to spend up to several weeks away from their families in quarantine facilities.

7. I understand that if the CommScope witnesses travel to Singapore or Hong Kong, for example, they would have to quarantine upon return to the mainland for 14 days in a designated hotel, another 14 days at home in a locked single room, with no contact with their family members, and then undergo another 28 days of health monitoring.

8. The policies have the potential for material hardships for the witnesses. For example, I understand that Xu Guolong ("Dragon")'s minor son recently went through heart surgery, and China's quarantine policies would require Dragon to quarantine away from his son during the recovery, such as attending his son's regular check ups to ensure the implant is working as expected.

9. Despite the hardship, I have spoken with each witness and they have agreed to travel outside of Mainland China to sit for their deposition by the Court's July 15 deadline if their travel would be approved by the relevant Chinese government authorities.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 14, 2022

_____
Sammit Patel