# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB,<br><br>    Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION OF ALL PARTIES FOR RECONSIDERATION OF THE DENIAL OF THE REQUESTED EXTENSION BASED ON <u>NEW</u> INFORMATION, OR, IN THE ALTERNATIVE, TO STAY THE LITIGATION** |

This matter is before the Court on the Joint Motion of All Parties for Reconsideration of the Denial of the Requested Extension Based on New Information, or, in the Alternative, to Stay the Litigation. Having considered the briefs and other materials submitted by the parties, the arguments of counsel, and all other matters presented to the Court in connection with the joint motion, the Court hereby **GRANTS** the Joint Motion of All Parties for Reconsideration of the Denial of the Requested Extension Based on New Information, or, in the Alternative, to Stay the Litigation.

For the reasons stated in the parties' joint motion, the Court finds good cause warrants amending the schedule.

**IT IS HEREBY ORDERED** that the Court's Scheduling Order (ECF No. 494), as previously amended at ECF No. 515, is amended as follows:

1. All fact depositions shall be completed on or before October 28, 2022. All other fact discovery shall have been completed by the January 31, 2022 deadline of ECF No. 494.

2. All affirmative expert reports shall be delivered by December 15, 2022. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by February 16, 2023. Any such report shall comport with the form and content requirements referenced above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before April 14, 2023.

The remainder of the scheduling order, as previously amended, is unchanged.

In the alternative, **IT IS HEREBY ORDERED** that pursuant to Local Civil Rule 301.1, this case is stayed for a period of 90 days, with the parties to provide, 85 days after entry of this order, a joint status report to the Court as to the status of

mediation and as to the status and restrictions associated with Mainland-China-based witnesses travelling for depositions.

DATED: _____, 2022

                                           _____
                                           Honorable Judge Leda Dunn Wettre
                                             United States Magistrate Judge