## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC, | ) Civil Action No. 19-cv-15962-JXN-LDW ) ) ) |
| Plaintiffs, | ) ) ) **CERTIFICATE OF SERVICE** |
| v. | ) ) |
| Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

I, Edward G. Sponzilli, hereby certify that on the date set forth below, the following documents were electronically filed and served on all counsel of record via the Court's CM/ECF system: (1) Notice of Joint Motion of All Parties to Reconsider the Denial of the Requested Extension Based on <u>New</u> Information, or, in the Alternative, to Stay the Litigation; (2) the Brief in Support of the Joint Motion; (3) the Declaration of Sammit Patel; (4) the Declaration of Jim Miao; (5) the Declaration of Randall E. Kahnke; (6) Declaration of Michael S. DeVincenzo; (7) the Proposed Order; and (8) this Certificate of Service.

Dated: April 14, 2022　　　　　　　/s/ *Edward G. Sponzilli*
　　　　　　　　　　　　　　　　　Edward G. Sponzilli
　　　　　　　　　　　　　　　　　NORRIS MCLAUGHLIN, P.A.
　　　　　　　　　　　　　　　　　400 Crossing Boulevard, 8th Floor
　　　　　　　　　　　　　　　　　Bridgewater, NJ 08807
　　　　　　　　　　　　　　　　　Phone: (908) 722-0700
　　　　　　　　　　　　　　　　　Fax: (908) 722-0755
　　　　　　　　　　　　　　　　　Email: egsponzilli@norris-law.com