# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB, <br><br> Defendants. | Civil Action No. 19-cv-15962-JXN-LDW <br><br><br><br> **ADMINISTRATIVE TERMINATION ORDER** |

This matter is before the Court on the parties' joint request to administratively terminate this matter for a temporary period due to recent COVID-19 measures enacted in the People's Republic of China (which have substantially impaired and delayed the parties' abilities to conduct discovery and take depositions) and to allow the parties to complete an agreed-to mediation.

Whereas, the parties understand that an administrative termination does not operate as a dismissal of any claim or defense;

Whereas, the parties have agreed that during the administrative termination, the parties (including their affiliates and agents and explicitly including PROSE Technologies) shall not state or suggest to any third parties that any party's claims or defenses in this Action have been resolved or substantively affected by the administrative termination;

Under the Court's inherent authority to control its docket and preserve judicial economy and for good cause shown;

**IT IS ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41;

**ORDERED** that any party may request that this matter be reopened and restored to the Court's active docket by filing a letter to that extent;

**ORDERED** that the Court retains jurisdiction over the case and the administrative termination shall have no legal consequence other than to remove the case from the district court's active docket. Upon reopening, the case shall remain assigned to the current District Court Judge and Magistrate Judge. Everything in the record for the current case shall be in the record for the case once resumed. The stipulated injunction order [Dkt. 350], and Rosenberger's representations to the

Court regarding voluntarily discontinuing selling certain BSAs [Dkt. 334], shall remain in full force and effect during the administrative termination.

**SO ORDERED.**

DATED: May 6, 2022

_____
Honorable Judge Leda Dunn Wettre
United States Magistrate Judge