# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB,<br><br>    Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING OF JOINT LETTER** |

Whereas the operative scheduling order (the "**Scheduling Order**;" ECF 530) in this matter states that the Court will hold a status conference (the "**Status Conference**") with the parties on May 25, 2023, at 2 p.m.;

Whereas the Scheduling Order orders the parties to raise any issues that necessitate a ruling by the Court by way of a joint dispute letter to be filed no later than May 15, 2023;

Whereas counsel for the parties have conferred on various discovery issues and have agreed to extend the May 15, 2023 deadline to file the joint letter to May 18, 2023 while keeping the May 25, 2023 date for the Status Conference;

Now therefore, the parties hereby jointly request that the Court enter the below:

1. Any issues that necessitate a ruling by the Court shall be presented, by way of a joint dispute letter, no later than May 18, 2023.
2. The May 25, 2023 2 p.m. Status Conference will remain on calendar as scheduled.

So Ordered:

_____
Hon. Leda Dunn Wettre, U.S.M.J.

Dated: May 12, 2022

/s/ *Edward G. Sponzilli*
Edward G. Sponzilli
NORRIS MCLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
Phone: (908) 722-0700
Fax: (908) 722-0755
Email: egsponzilli@norris-law.com

/s/ *Randall E. Kahnke*
Randall E. Kahnke (MN Atty. No. 202745)
*Pro Hac Vice*
Tyler Young (MN Atty. No. 395017)
*Pro Hac Vice*
Lauren W. Linderman (MN Atty. No. 0398446)
*Pro Hac Vice*
Anna E. Sallstrom (MN Atty. No. 400489)
*Pro Hac Vice*
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
Email: randall.kahnke@faegredrinker.com
   tyler.young@faegredrinker.com
   lauren.linderman@faegredrinker.com
   anna.sallstrom@faegredrinker.com

Harmony Mappes (IN Atty. No. 27237-49)
*Pro Hac Vice*
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
Email: harmony.mappes@faegredrinker.com

*Attorneys for Plaintiffs CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC*


/s/ *Daniel S. Eichhorn*

Daniel S. Eichhorn
CULLEN AND DYKMAN LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300

/s/ *Vincent Filardo*

Vincent Filardo
*Pro Hac Vice*
Michael S. DeVincenzo
*Pro Hac Vice*
Charles Wizenfeld
*Pro Hac Vice*
KING & WOOD MALLESONS
500 Fifth Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
vincent.filardo@us.kwm.com
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com

*Attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB*