**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Tel.:   (973) 549-7000
Fax:   (973) 360-9831
*Attorneys for Plaintiffs CommScope, Inc.,*
*CommScope Inc. of North Carolina,*
*and CommScope Technologies, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC, | Civil Action No. 19-cv-15962-JXN-LDW |
| | (Document Filed Electronically) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Tracey Salmon-Smith, Esq., an attorney at Faegre Drinker Biddle & Reath LLP who is admitted to practice in this Court, hereby appears as counsel for Plaintiffs CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC in the above-captioned matter, and requests that copies of all papers in this action be served upon the undersigned.

1

Dated: June 1, 2023							**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/   *Tracey Salmon-Smith*
Tracey Salmon-Smith
600 Campus Drive
Florham Park, NJ 07932
Tel.:    (973) 549-7000
Fax:    (973) 360-9831
tracey.salmonsmith@faegredrinker.com
*Attorneys for Plaintiffs CommScope, Inc.,*
*CommScope Inc. of North Carolina,*
*and CommScope Technologies, LLC*