**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Tel.:   (973) 549-7000
Fax:   (973) 360-9831
*Attorneys for Plaintiffs CommScope, Inc.,*
*CommScope Inc. of North Carolina,*
*and CommScope Technologies, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC, <br><br>    Plaintiffs, <br><br> v. <br><br> Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB, <br><br>    Defendants. | Civil Action No. 19-cv-15962-JXN-LDW <br><br> (Document Filed Electronically) <br><br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that Kevin H. DeMaio, Esq., an attorney at Faegre Drinker Biddle & Reath LLP who is admitted to practice in this Court, hereby appears as counsel for Plaintiffs CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC in the above-captioned matter, and requests that copies of all papers in this action be served upon the undersigned.

1

Dated: June 1, 2023                                        **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/   Kevin H. DeMaio*
Kevin H. DeMaio
600 Campus Drive
Florham Park, NJ 07932
Tel.:    (973) 549-7000
Fax:    (973) 360-9831
kevin.demaio@faegredrinker.com
*Attorneys for Plaintiffs CommScope, Inc.,*
*CommScope Inc. of North Carolina,*
*and CommScope Technologies, LLC*