

**Matthew M. Oliver**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 212 419 5852
**F**: 973 597 2319
**E**: moliver@lowenstein.com

June 1, 2023

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *CommScope, Inc. v. Rosenberger Technology (Kunshan) Co. Ltd., et al.*
<u>Civil Action No. 2:19-cv-15962 (MCA)(LDW)</u>

Dear Judge Wettre:

This law firm, together with Milbank LLP, previously represented Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co. Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB In Place in this matter.

On February 15, 2022, superseding counsel, Daniel S. Eichhorn, Esq. of Cullen and Dykman LLP, filed a Stipulation and (Proposed) Order Granting Substitution of Attorney and withdrawing Lowenstein Sander LLP and Milbank LLP as counsel (Docket Entry No. 510). We recently learned that the Milbank attorneys, who were admitted *pro hac vice*, are still receiving notices of electronic filing. Accordingly, we respectfully request that the following attorneys admitted *pro hac vice* be removed from the docket:

> Daniel M. Perry, Esq.
> David I. Gindler, Esq.
> Gary N. Frischling, Esq.
> Christopher J. Gaspar, Esq.
> Y. John Lu, Esq.
> Lauren N. Drake, Esq.
> Nathaniel T. Browand, Esq.
> Kim B. Goldberg, Esq.
> Matthew J. Grier, Esq.
> James Samuel Payne, Esq.
> Haley Ling, Esq.

Honorable Leda Dunn Wettre, U.S.M.J.  June 1, 2023
Page 2

Thank you in advance for your attention to this matter.

Respectfully submitted,

*/s/ Matthew M. Oliver*
Matthew M. Oliver

MMO:vt

37373/2
06/01/2023 205107928.1

