# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC. *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY KUNSHAN CO. LTD., *et al.*,<br><br>　　　　　Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br>**ORDER** |

　　　　The parties having presented a discovery dispute to the Court via a joint submission (ECF No. 533); and the Court having considered that submission and heard oral argument concerning it on this date; and for the reasons and subject to the limitations more fully set forth on the record,

　　　　**IT IS, on this 2nd day of June 2023, ORDERED** that, on or before July 3, 2023, plaintiffs shall "identify any additional allegations that particular components of Defendants are substantially similar to particular CommScope components and which it alleges to be the result of trade secret misappropriation."

　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge