

Cullen and Dykman LLP
Continental Plaza
433 Hackensack Avenue
Hackensack, NJ 07601
T: 201.488.1300
F: 201.488.6541

DANIEL S. EICHHORN
PARTNER
deichhorn@cullenllp.com

August 23, 2023

**Via ECF**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    **CommScope, Inc. v. Rosenberger Technology (Kunshan) Co. Ltd.,** *et al.*
    **Civil Action No. 2:19-cv-15962-JXN-LDW**

Dear Magistrate Judge Wettre:

Our firm represents Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, and Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and Cellmax Technologies AB (collectively "Defendants") in connection with the above-referenced matter.

Plaintiff has consented to the pro hac vice admission of Robert Whitman, Esq., Andrew Sklar, Esq., Yi He, Esq., and Daniel Miller, Esq. Therefore, pursuant to Your Honor's judicial preferences we write to request that the Court grant the pro hac vice admission of the aforementioned counsel.

Enclosed pursuant to Local Civil Rule 101.(1) and in support of Defendants' request, please find the following: (1) the Declaration of Robert Whitman, Esq.; (2) the Declaration of Andrew Sklar, Esq.; (3) the Declaration of Yi He, Esq.; (4) the Declaration of Daniel Miller, Esq.; (5) the Declaration of Daniel Eichhorn, Esq.; and (6) a proposed form of Order. If Your Honor finds the within application acceptable, Defendants request that the Court enter the proposed form of Order.

Respectfully submitted,

**CULLEN AND DYKMAN LLP**

*s/Daniel S. Eichhorn*
Daniel S. Eichhorn

DSE/rc
cc: All counsel of record (via ECF)

FOUNDED 1850

NEW YORK    NEW JERSEY    WASHINGTON DC