Daniel S. Eichhorn, Esq. (5505)
Cullen and Dykman LLP
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300
(201) 488-2460 - telecopier
Attorneys for Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia
Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp.,
Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger
Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax Technologies
AB

|  |  |
|---|---|
| COMMSCOPE, INC., | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | CIVIL ACTION NO.: 2:19cv15962 (JXN-LDW) |
| v. | Civil Action |
| ROSENBERGER TECHNOLOGY KUSHAN CO., et al. | **DECLARATION OF ANDREW SKLAR, ESQ. IN SUPPORT OF *PRO HAC VICE* APPLICATION** |
| Defendants. | |

I, Andrew Sklar, Esq., hereby declares as follows:

1.      I am an attorney in the New York office of the law firm King & Wood Mallesons. I submit this declaration in support of the application for my admission pro hac vice pursuant to Local Rule 101.1(c).

2.      I am a member in good standing of the Bars of the State of New York, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York. I am not under suspension or disbarment by any court.

3.      I was admitted to the Bar for the State of New York in 2020. The New York Supreme Court, Appellate Division, Second Department, located at 45 Monroe Place, Brooklyn, New York 11201, maintains the roll of all members of the Bar of the State of New York.

4.      I was admitted to the Bar for the United States District Court for the Southern District of New York in 2020. The Clerk of the United States District Court for the Southern District of New York, located at the United States District Court for the Southern District of New York, Clerk's Office, 500 Pearl Street, New York, New York 10007, maintains the roll of all members admitted to its Bar.

5.      I was admitted to the Bar for the United States District Court for the Eastern District of New York in 2020. The Clerk of the United States District Court for the Eastern District of New York, located at the United States District Court for the Eastern District of New York, Clerk's Office, 225 Cadman Plaza E, Brooklyn, New York 11201, maintains the roll of all members admitted to its Bar.

6.      There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7.      In light of the foregoing, I respectfully request on behalf of Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax Technologies AB, that I be admitted pro hac vice for the purpose of representing them in this matter in association with New Jersey counsel.

I declare under penalty of perjury under the laws of the United States and State of New Jersey that the foregoing statements made by me are true and correct.

s/Andrew Sklar, Esq.
Andrew Sklar, Esq.

Dated: August 23, 2023