# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Rosenberger Technology (Kunshan) Co. Ltd.,[1] Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB <br><br> Defendants | Civil Action No. 19-cv-15962-JXN LDW <br><br><br> **NOTICE OF MOTION TO SEAL** |

**TO: ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 2, 2024 or as soon thereafter as the parties may be heard, Faegre Drinker Biddle & Reath LLP and Norris McLaughlin, P.A., attorneys for Plaintiffs CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC ("CommScope"), and King

---

[1] Rosenberger Technology (Kunshan) Co., Ltd. is also known as PROSE Technologies (Suzhou) Co., Ltd., and Rosenberger Technology, LLC is also known as PROSE Technologies, LLC.

& Wood Mallesons and Cullen and Dykman LLP, attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., and Rosenberger Technology LLC (collectively, "Rosenberger" and, together with CommScope, the "Movants") shall move before the Honorable Leda Dunn Wettre, U.S. Magistrate Judge, in the U.S. District Court, District of New Jersey—Newark, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room MLK 3C, Newark, New Jersey 07101—for an Order pursuant to L. Civ. R. 5.3(c), sealing portions of the materials submitted with the parties' Joint Submission Regarding Plaintiffs' Discovery Issue (Dkt. 561) and Exhibits thereto (Dkt. 561-1) and the parties' Updated Joint Submission Regarding Plaintiffs' Discovery Issue (Dkt. 562) and Exhibits thereto (Dkt. 562-2) (collectively, the "Identified Materials").

The Parties have met and conferred on the Joint Motion. There are no objections to the Joint Motion.

**PLEASE TAKE FURTHER NOTICE** that in support of the Joint Motion, the Movants will rely upon the Declaration of Farid Firouzbakht, the Declaration of Alicia Yu, the Consolidated Index in Support of the Joint Motion to Seal, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that the Movants submit a proposed form of Order with proposed findings of fact and conclusions of law herewith.

Dated: December 1, 2023                    */s/ Vincent Filardo Jr.*

Vincent Filardo, Jr.
*Pro Hac Vice*
Michael S. DeVincenzo
*Pro Hac Vice*
Charles Wizenfeld
*Pro Hac Vice*
KING & WOOD MALLESONS
500 Fifth Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
vincent.filardo@us.kwm.com
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com

Daniel S. Eichhorn
CULLEN AND DYKMAN LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300

*Attorneys for Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB*

| | |
|---|---|
| Dated: December 1, 2023 | /s/ *Edward G. Sponzilli* |
| | Edward G. Sponzilli |
| Timothy A. Lindquist | NORRIS MCLAUGHLIN, P.A. |
| *Pro Hac Vice* | 400 Crossing Boulevard, 8th Floor |
| TLindquist@carlsoncaspers.com | Bridgewater, NJ 08807 |
| Dennis C. Bremer | Phone: (908) 722-0700 |
| *Pro Hac Vice* | Fax: (908) 722-0755 |
| dbremer@carlsoncaspers.com | Email: egsponzilli@norris-law.com |
| Tara C. Norgard | |
| *Pro Hac Vice* | Randall E. Kahnke (MN Atty. No. 202745) |
| tnorgard@carlsoncaspers.com | *Pro Hac Vice* |
| CARLSON, CASPERS, | Tyler Young (MN Atty. No. 395017) |
| VANDENBURGH | *Pro Hac Vice* |
| & LINDQUIST, P.A. | Lauren W. Linderman (MN Atty. No. 0398446) |
| 225 South Sixth Street, Suite 4200 | |
| Minneapolis, Minnesota 55402 | *Pro Hac Vice* |
| (612) 436-9600 | Anna E. Sallstrom (MN Atty. No. 400489) |
| | *Pro Hac Vice* |
| *Attorneys for Plaintiffs* | Faegre Drinker Biddle & Reath LLP |
| *CommScope, Inc., CommScope* | 2200 Wells Fargo Center |
| *Inc. of North Carolina, and* | 90 South Seventh Street |
| *CommScope Technologies, LLC* | Minneapolis, MN 55402-3901 |
| | Phone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | Email: randall.kahnke@faegredrinker.com |
| |     tyler.young@faegredrinker.com |
| |     lauren.linderman@faegredrinker.com |
| |     anna.sallstrom@faegredrinker.com |
| | |
| | Harmony Mappes (IN Atty. No. 27237-49) |
| | *Pro Hac Vice* |
| | Faegre Drinker Biddle & Reath LLP |
| | 300 North Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| | Phone: (317) 237-0300 |
| | Fax: (317) 237-1000 |
| | Email: harmony.mappes@faegredrinker.com |