# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd.,[1] Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB<br><br>     Defendants | Civil Action No. 19-cv-15962-JXN-LDW<br><br><br><br><br><br><br><br>**[PROPOSED] SEALING ORDER FOR JOINT MOTION TO SEAL JOINT SUBMISSION REGARDING PLAINTIFFS' DISCOVERY ISSUE (DKT. 561) AND UPDATED JOINT SUBMISSION REGARDING PLAINTIFFS' DISCOVERY ISSUE (DKT. 562)** |

This matter having come before the Court by way of the Joint Motion to Seal Pursuant to L. Civ. R. 5.3 (the "Motion") by Faegre Drinker Biddle & Reath LLP and Norris McLaughlin, P.A., attorneys for Plaintiffs CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC ("CommScope"), and King & Wood Mallesons and Cullen and Dykman LLP,

---

[1] Rosenberger Technology (Kunshan) Co., Ltd. is also known as PROSE Technologies (Suzhou) Co., Ltd., and Rosenberger Technology, LLC is also known as PROSE Technologies, LLC.

attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., and Rosenberger Technology LLC (collectively, "Rosenberger" and, together with CommScope, the "Movants"), seeking to seal portions of the materials submitted with parties' Joint Submission Regarding Plaintiffs' Discovery Issue (Dkt. 561) and Exhibits thereto (Dkt. 561-1) and the parties' Updated Joint Submission Regarding Plaintiffs' Discovery Issue (Dkt. 562) and Exhibits thereto (Dkt. 562-2) (collectively, the "Identified Materials").

1. Movants seek to seal the following Identified Materials, as indicated in the Consolidated Index:

| ECF No. | Identified Materials | Sealing Designation |
|---|---|---|
| 561 | Joint Submission Regarding Plaintiffs' Discovery Issue | Remain Sealed. Redacted version to be filed publicly. |
| 561-1 | Exhibits to Joint Submission Regarding Plaintiffs' Discovery Issue | Remain Sealed. Redacted version to be filed publicly. |
| 562 | Updated Joint Submission Regarding Plaintiffs' Discovery Issue | Remain Sealed. Redacted version to be filed publicly. |
| 562-1 | Exhibits to Updated Joint Submission Regarding Plaintiffs' Discovery Issue | Remain Sealed. Redacted version to be filed publicly. |

2. Movants have a legitimate interest in maintaining the confidentiality of the information to protect its disclosure. Specifically, the Identified Materials that Movants seek to seal are statements that disclose information contained in

discovery materials that have been designated Confidential or Attorneys' Eyes Only by the propounding party and that contain confidential and proprietary information pertaining to the Movants' business operations and trade secrets.

3. In light of the sensitive nature of the Identified Materials, the Court finds that public disclosure of the confidential information would result in clearly defined and serious injury and that any public interest in the confidential information is outweighed by the interests of the Movants in maintaining confidentiality.

4. No less restrictive alternative is available.

**WHEREAS**, the Court having found that there is good cause to grant the motions to seal under the factors set forth in L. Civ. R. 5.3(c)(3).

**IT IS** on this day, _____, 2023:

**ORDERED** that Movants' motion to seal (ECF No. __) is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk of Court is directed to restrict public access to the documents listed in the Table in Paragraph 1 of this Order.

**ORDERED** that the Clerk of Court is directed to terminate the motion to seal (ECF No. __).

_____
Honorable Judge Leda Dunn Wettre
United States Magistrate Judge