# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC. *et al.*,<br><br>　　　　Plaintiff,<br>v.<br><br>ROSENBERGER TECHNOLOGY KUNSHAN CO. LTD., *et al.*,<br><br>　　　　Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br>**ORDER** |

The Court having considered the joint written submissions from the parties dated November 22, 2023 (ECF No. 562) and December 6, 2023 (ECF No. 566) concerning a multitude of discovery disputes; and the Court having heard oral argument on January 25, 2024; and having rendered rulings on the record concerning the same;

**IT IS, on this 26th day of January 2024,** for the reasons set forth on the record:

**ORDERED** that CommScope's application to compel Rosenberger, at its own expense, to produce all CommScope design files taken by former CommScope/current Rosenberger employees Yang and Linfeng from CommScope, whether they reside on their Rosenberger-issued or personal devices, is hereby GRANTED; and it is further

**ORDERED** that CommScope may depose Yang, Linfeng and/or a 30(b)(6) designee of defendants concerning the design files after their production; and it is further

**ORDERED** that CommScope's application to compel Rosenberger to produce documents connected to Rosenberger's human resources investigation into, and disciplining employees for, misappropriating CommScope's internal information is hereby GRANTED; and it is further

**ORDERED** that CommScope's application to compel Rosenberger to produce a witness to testify regarding Rosenberger's investigation, if any, into Rosenberger's possession and use of CommScope's Satimo Macro Generator software is hereby GRANTED; and it is further

**ORDERED** that Rosenberger's application to compel CommScope to produce documents related to the criminal hack perpetrated upon CommScope is hereby DENIED; and it is further

**ORDERED** that Rosenberger's application to take further deposition testimony of Mr. Bisiules is hereby GRANTED in the amount of one hour on the subjects referenced in the Court's oral opinion; and it is further

**ORDERED** that the parties shall meet and confer about Rosenberger's application to compel CommScope to produce the "Powershell Script" to determine if this dispute can be resolved consensually; and if it cannot, the parties shall submit a concise supplemental joint submission regarding the issues referenced at oral argument, and therefore the Court hereby reserves decision on this issue pending further developments; and it is further

**ORDERED** that the time to take an appeal from the foregoing rulings shall run from the date the transcript of the Court's rulings is made available to the parties, provided the parties place an order for the transcript no later than one week from the date of this Order.

    *s/ Leda Dunn Wettre*
    Hon. Leda Dunn Wettre
    United States Magistrate Judge