# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd.,[1] Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB,<br><br>      Defendants | Civil Action No. 19-cv-15962-JXN-LDW<br><br><br><br><br><br><br><br>**CONSOLIDATED INDEX IN SUPPORT OF JOINT MOTION TO SEAL JANUARY 25, 2024 HEARING TRANSCRIPT** |

---

[1] Rosenberger Technology (Kunshan) Co., Ltd. is also known as PROSE Technologies (Suzhou) Co., Ltd., and Rosenberger Technology, LLC is also known as PROSE Technologies, LLC.

I. **Documents submitted in connection with the January 25, 2024 Hearing Transcript (ECF No. 573).**

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| January 25, 2024 Hearing Transcript (ECF No. 573) (at 57-68) | These portions of the Transcript reveal confidential and nonpublic information about unauthorized access to a portion of CommScope's IT infrastructure that CommScope determined was the result of a ransomware incident. The portions reveal information that is not public about the incident, including the potential impact of the breach and subsequent investigation. (Bourke Decl. ¶ 2). | Disclosure of this information would cause clearly defined and serious injury to CommScope because it would reveal confidential and non-public information about CommScope's investigation into a recent ransomware incident and the impacted information. (Bourke Decl. ¶ 3). | Redacted version of transcript proposed that may be filed publicly. | Defendants do not oppose the motion to seal. |

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| January 25, 2024 Hearing Transcript (ECF No. 573) (at 74-96) | These portions of the transcript reveal discovery information that has been designated Attorneys Eyes Only and Confidential under the Discovery Confidentiality Order (ECF No. 22). (Bourke Decl. ¶ 2). | Disclosure of this information would cause clearly defined and serious injury to CommScope because it would reveal discovery information that has been designated Attorneys Eyes Only and Confidential under the Discovery Confidentiality Order. (Bourke Decl. ¶ 3). | Redacted version of transcript proposed that may be filed publicly. | Defendants do not oppose the motion to seal. |
| January 25, 2024 Hearing Transcript (ECF No. 573) (at 9-57) | This portion of the Submission reveals discovery information that has been | Disclosure of this information would cause clearly defined and serious | Redacted version of transcript proposed that may be filed publicly. | Plaintiffs do not oppose the motion to seal. |

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
|  | designated Attorneys' Eyes Only and Confidential under the Discovery Confidentiality Order (Dkt. 22). | injury to Rosenberger because it would reveal discovery information that has been designated Confidential under the Discovery Confidentiality Order (Dkt. 22) (Yu Decl. ¶ 4.) |  |  |
| January 25, 2024 Hearing Transcript (ECF No. 573) (at 11) | These portions of the Submission include excerpts from Exhibit 26 and confidential information related to Defendants' cost and expenses related to this litigation. | Disclosure of this information would cause clearly defined and serious injury because it would allow public disclosure of the nature of confidential and | Redacted version of transcript proposed that may be filed publicly. | Plaintiffs do not oppose the motion to seal. |

| Document | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|
| | | sensitive communications with third-parties retained for purposes of this litigation and/or work product. (Yu Decl. ¶ 4). | | |