# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB,<br><br>　　　　Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br>**DECLARATION OF IAN BOURKE IN SUPPORT OF JOINT MOTION TO SEAL JANUARY 25, 2024 HEARING TRANSCRIPT** |

I, Ian Bourke, declare as follows:

　　　1.　　I am the Senior Vice President of RF and Power at CommScope, Inc. ("CommScope"). I make this Declaration in support of the Joint Motion to Seal (the "Motion") in accordance with Local Civil Rules 5.3(c)(3), 5.3(g)(2) and 7.2 in connection with sealing portions of the transcript of the January 25, 2024 hearing before Judge Wettre (the "<u>Identified Materials</u>").

2. The portions of the transcript identified in the Consolidated Index submitted herewith should be maintained under seal on the Court's docket because each contains confidential, proprietary, and non-public information regarding, for example: (1) confidential and nonpublic information about unauthorized access to a portion of CommScope's IT infrastructure that CommScope determined was the result of a ransomware incident; and (2) discovery documents that the parties have deemed Confidential or Attorneys' Eyes Only under the Discovery Confidentiality Order entered by the Court on September 24, 2019.

3. Based upon my own knowledge, public disclosure of this information would cause clearly defined and serious injury to CommScope. The redacted portions of the transcript that CommScope seeks to seal are narrowly tailored to material that discloses confidential, proprietary, and non-public information and/or information contained in discovery materials that have been designated Confidential or Attorneys' Eyes Only by the propounding party.

4. I understand Defendants do not object to CommScope's proposed redactions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February  28 , 2024

_____
**Ian Bourke**