# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB<br><br>Defendants | Civil Action No. 19-cv-15962-JXN LDW<br><br>**DECLARATION OF ALICIA YU IN SUPPORT OF JOINT MOTION TO SEAL** |

I, Alicia Yu, hereby declare as follows:

1. I am in-house counsel for Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., and Rosenberger Technology LLC (collectively, "Rosenberger") in the above-captioned matter.

2. I make this declaration in support of the Motion to Seal in accordance with Local Civil rules 5.3(c)(3) and 7.2 (the "Motion") in connection with the Transcript of the January 25, 2024 Hearing before the Hon. Leda Dunn Wettre ("Transcript") (Dkt. No. 573).

1

3. The documents and information identified in the Consolidated Index submitted herewith should be maintained under seal on the Court's docket because they contain confidential, proprietary and non-public information regarding Rosenberger business operations or that of their customers. Based upon my knowledge, public disclosure of this information could cause clearly defined, serious, and unnecessary harm to Rosenberger or their customers. Specifically, the redacted portions of the Transcript are narrowly tailored to statements that disclose information contained in discovery materials that have been designated Confidential and/or Attorneys' Eyes Only by the propounding party. These statements concern confidential information about Rosenberger's business operations, including confidential and commercially sensitive information about Rosenberger's strategic business decisions and base station antenna design and development processes.

4. As detailed in the Consolidated Index, most of the proposed redacted information contains discovery materials that have been designated Confidential and/or Attorneys' Eyes Only by the propounding party. Moreover, the Transcript contains sensitive material that contains confidential and proprietary information pertaining to Rosenberger's business operations, including confidential and commercially sensitive information about Rosenberger's base station antenna design and development processes, customer communications and technical requirements, and strategic business decisions.

5.       I understand that Plaintiffs have not opposed the sealing of the material identified in the Consolidated Index.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27th, 2024



_____
Alicia Yu

3