# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 19-15962 (JXN) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter of July 29, 2024, requesting an extension of certain discovery deadlines in light of plaintiffs selling their base station antenna business, which comprises underlying subject matter of this litigation (ECF No. 606); and for good cause shown,

**IT IS,** on this 31st day of July 2024, **ORDERED** that the Pretrial Scheduling Order entered January 11, 2021 (ECF No. 370), as subsequently amended, is hereby further amended as follows:

1. All affirmative expert reports (*i.e.*, reports on which the party offering the report bears the burden of proof) shall be served by **October 18, 2024**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2. All responding expert reports (*i.e.*, reports responding to issues addressed in an affirmative expert report) shall be served by **December 20, 2024**. Any such report shall comport with the form and content requirements referenced above.

3. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **February 28. 2025**.

4.  The telephonic status conference before the undersigned set for **December 5, 2024 at 2:00 p.m.** shall proceed as scheduled. The parties shall submit concise status letters to the Court no later than **November 21, 2024**, which shall indicate the parties' plans regarding the filing of any dispositive motions. Dial-in information for the conference is (973) 437-5535, access code 33610256#.

          *s/ Leda Dunn Wettre*
          Hon. Leda Dunn Wettre
          United States Magistrate Judge