# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMSCOPE, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY KUNSHAN CO. LTD, *et al.*,<br><br>　　　　Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint discovery dispute letter of May 14, 2025 (ECF 626); and the Court having carefully considered the submission and having heard oral argument on the record on May 28, 2025; and for the reasons set forth more fully on the record; and for good cause shown;

**IT IS** on this day, May 28, 2025, **ORDERED** that:

1. The parties shall meet and confer as to whether plaintiffs agree to a Federal Rule of Civil Procedure 30(b)(6) topic for an Amphenol designee concerning the subject matter of defendants' Request for Production 94.

2. Plaintiffs shall produce an updated financial forecast spreadsheet for CommScope pursuant to defendants' Request for Production 104 on or before **June 6, 2025**.

3. **On or before June 6, 2025**, the parties shall submit their proposal(s) as to a **FINAL** discovery schedule for fact discovery related to substitute plaintiff Amphenol, the exchange of expert reports, expert discovery, and a briefing schedule for summary judgment and any other proposed motions.

4. If the parties request to file spoliation motions, they shall submit pre-motion leave letters succinctly outlining the basis for the proposed motions, the relief sought by the motions, and the proposed timing for filing the motions.

<i>s/ Leda Dunn Wettre</i><br>
Hon. Leda Dunn Wettre<br>
United States Magistrate Judge