UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMPHENOL CORPORATION., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY KUNSHAN CO. LTD., *et al.*,<br><br>Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a May 28, 2025 telephone conference before the undersigned, at which the Court directed the parties to file proposed final discovery schedules for this action; and the Court having received and reviewed the parties' submissions containing their proposals (ECF 632, 633, 634, 635); and the Court in its discretion finding it appropriate to order the following schedule; and for good cause shown,

**IT IS, on this 16th day of June 2025, ORDERED** that the pretrial schedule is hereby amended as follows:

1. Plaintiff Amphenol Corporation shall respond on or before **June 30, 2025** to the discovery demands served on May 30, 2025.  Disputes as to objections shall be addressed pursuant to Local Civil Rule 37.1 after a good faith meet and confer between the parties.  The Court may schedule conferences as may be required to address any such disputes, but no dispute shall stay the times to complete depositions and expert reports as set forth below.

2. Depositions of Amphenol Corporation witnesses shall be completed by **August 29, 2025**.

3. All amended affirmative expert reports as to damages shall be delivered by **September 12, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports as to damages shall be delivered by **October 1, 2025**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **October 22, 2025**.

6. The parties' counsel shall submit an agreed, proposed briefing schedule for the contemplated sanctions motion(s) (ECF 632, 633), which shall provide for Daubert motions relating to sanctions to be briefed concurrently with the sanction(s) motion. The sanctions motion(s) shall be briefed prior to the filing of motions for summary judgment. Any briefing schedule must provide for the final brief to be filed no later than **December 15, 2025**.

7. The parties shall appear for a telephonic status conference before the undersigned on **October 7, 2025 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 623 126 264#.

        *s/ Leda Dunn Wettre*
        Hon. Leda Dunn Wettre
        United States Magistrate Judge