# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Amphenol Corporation and Outdoor Wireless Networks, LLC, | Civil Action No. 19-cv-15962-JXN-LDW |
| Plaintiffs, | |
| v. | **NOTICE OF UNOPPOSED MOTION TO SEAL** |
| Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB, | |
| Defendants. | |

**TO: ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on July 21, 2025, or as soon thereafter as the parties may be heard, King & Wood Mallesons LLP and Cullen And Dykman LLP, attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB ("Defendants")

shall move before the Honorable Leda Dunn Wettre, U.S. Magistrate Judge, in the U.S. District Court, District of New Jersey—Newark, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room MLK 3C, Newark, New Jersey 07101—for an Order pursuant to L. Civ. R. 5.3(c) sealing Plaintiffs' June 4, 2025 Letter from Edward G. Sponzilli, Esq. re Seeking Leave to File Sanctions Motion (ECF No. 632) ("Motion").

The Parties have met and conferred on the Motion. There are no objections to the Motion and it is unopposed.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Movants will rely upon the Declaration of Alicia Yu, the Consolidated Index in Support of the Joint Motion to Seal and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that the Movants submit a proposed form of Order with proposed findings of fact and conclusions of law herewith.

| | |
|---|---|
| Dated: June 20, 2025 | */s/     Vincent Filardo, Jr.* |

Vincent Filardo, Jr.
*Pro Hac Vice*
Michael S. DeVincenzo
*Pro Hac Vice*
Charles Wizenfeld
*Pro Hac Vice*
King & Wood Mallesons LLP
500 Fifth Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
vincent.filardo@us.kwm.com
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com

*/s/     Daniel S. Eichhorn*
Daniel S. Eichhorn (5505)
Cullen And Dykman LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300
deichhorn@cullenllp.com

*Attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technologies LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB*

3