# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC, | ) ) ) | Civil Action No. 19-cv-15962-JXN LDW |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) ) | **DECLARATION OF ALICIA YU** |
| Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | | |

I, Alicia Yu, hereby declare as follows:

1.     I am in-house counsel for defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., and Rosenberger Technology LLC (collectively, "Rosenberger") in the above-captioned matter.

2.     I make this declaration in support of the Motion to Seal in accordance with Local Civil rules 5.3(c)(3) and 7.2 (the "Motion") in connection with the Plaintiffs' Letter Seeking Leave to File Sanctions Motion (ECF No. 632).

3.      The information identified in the Consolidated Index submitted herewith should be maintained under seal on the Court's docket because it contains confidential, proprietary and non-public information. Based upon my knowledge, public disclosure of this information could cause clearly defined, serious, and unnecessary harm to Rosenberger or their customers. The redacted portions of Plaintiffs' Letter Seeking Leave to File Sanctions Motion are narrowly tailored to statements that disclose information contained in discovery materials that have been designated Confidential or Attorneys' Eyes Only by the propounding party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____June 20th_____, 2025

_____

Alicia Yu