# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Amphenol Corporation and Outdoor Wireless Networks, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB,<br><br>Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br>**[PROPOSED] SEALING ORDER FOR UNOPPOSED MOTION TO SEAL PLAINTIFFS' JUNE 4, 2025 LETTER TO THE COURT** |

**THIS MATTER** having come before the Court by way of the Unopposed Motion to Seal Pursuant to L. Civ. R. 5.3 (the "Motion") by King & Wood Mallesons LLP and Cullen And Dykman LLP, attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax

Technologies AB ("Defendants"), seeking to seal portions of Plaintiffs' June 4, 2025 Letter from Edward G. Sponzilli, Esq. re Seeking Leave to File Sanctions Motion (ECF No. 632) ("Letter").

1. Movant seeks to seal the Letter, as indicated in the Consolidated Index:

| ECF No. | Identified Materials | Sealing Designation |
|---|---|---|
| 632 | June 4, 2025 Letter from Edward G. Sponzilli, Esq. re Seeking Leave to File Sanctions Motion | Remain Sealed. Redacted version to be filed publicly. |

2. This case involves claims of, among other things, trade secret misappropriation under the Defend Trade Secrets Act, 18 U.S.C. §§1836 et seq. and New Jersey Trade Secrets Act, N.J.S.A. §§ 56:15-1 et seq. The information sought to be sealed includes confidential and non-public information regarding Movant's base station antenna business, and confidential discovery materials marked Attorneys' Eyes Only under the Discovery Confidentiality Order entered in this action on September 24, 2019 (ECF 22).

3. Local Civil Rule 5.3(c)(3) requires a party seeking to seal materials filed with the Court to file a motion that describes "(a) the nature of the materials or proceedings at issue, (b) the legitimate private or public interests which warrant the relief sought, (c) the clearly defined and serious injury that would result if the relief

sought is not granted, and (d) why a less restrictive alternative to the relief sought is not available."

4. Movant has a legitimate interest in maintaining the confidentiality of non-public discovery materials and competitive business information and would suffer a clearly defined injury if the information is disclosed, including the potential loss of competitive standing. *See United Therapeutics Corp. v. Actavis Labs. FL, Inc.*, Civ. A. No. 16-1816, 2017 WL 2172438, at *2 (D.N.J. May 17, 2017); *Curlin Med. Inc. v. ACTA Med., LLC*, Civ. A. No. 16-2464, 2017 WL 2729268, at *3 (D.N.J. Jan. 5, 2017) (granting the parties' motion to seal where "the confidential materials contain valuable, proprietary, and highly sensitive business information relating to the parties' respective businesses, including but not limited to financial information, business strategies, research and development, business relationships, customer information, and pricing information"); Federal Rule of Civil Procedure 26(c)(1)(G) (allowing the court to protect materials containing "trade secret[s] or other confidential research, development, or commercial information" upon motion by a party, to prevent harm to a litigant's competitive standing in the marketplace).

5. No less restrictive alternative is available, as the Movant has sought sealing of only the portions of the materials that contain confidential information.

6. Movant has submitted with the instant motion a proposed redacted version of ECF 632.

7. Movant has satisfied the requirements for sealing under Local Civil Rule 5.3(c).

**WHEREAS**, the Court having found that there is good cause to grant the motion to seal under the factors set forth in L. Civ. R. 5.3(c)(3).

**IT IS** on this day, _____, 2025:

**ORDERED** that Movant's motion to seal (ECF __) is hereby **GRANTED**; and the material identified in the consolidated index (ECF __) is hereby ordered **SEALED**; it is further

**ORDERED** that the Clerk of Court is directed to restrict public access to the documents listed in the Table in Paragraph 1 of this Order.

_____
Honorable Judge Leda Dunn Wettre
United States Magistrate Judge