## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CommScope, Inc., CommScope Inc. of North Carolina, and CommScope Technologies, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., CellMax Technologies AB,<br><br>    Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br>**JOINT ORDER RE SANCTIONS/DAUBERT BRIEFING SCHEDULE** |

Whereas, on June 16, 2025, the Court issued an Amended Scheduling Order directing the parties to submit an agreed, proposed briefing schedule for the contemplated sanctions motion(s), which shall provide for Daubert motions related to sanctions to be briefed concurrently with the sanctions motion(s) and for the final brief to be filed no later than December 15, 2025. (ECF No. 636 ¶ 4.)

Whereas, counsel for the parties have conferred and have agreed to a proposed briefing schedule in accordance with the Court's instruction;

1

Now therefore, the parties hereby jointly request that the Court enter the following briefing schedule with respect to the parties' contemplated sanctions motions and corresponding Daubert motions:

**Sanctions Motions**:

- Motions: October 7, 2025
- Oppositions: November 4, 2025
- Replies: November 25, 2025

**Daubert Motions relating to any experts relied upon in the sanctions motions**:

- Motions: November 4, 2025
- Oppositions: November 25, 2025
- Replies: December 15, 2025

**Daubert Motions relating to any experts relied upon in the sanctions oppositions**:

- Motions: November 18, 2025
- Oppositions: December 8, 2025
- Replies: December 15, 2025

So Ordered:

Dated: July 22, 2025

_____
Hon. Leda Dunn Wettre, U.S.M.J.