# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Amphenol Corporation and Outdoor Wireless Networks, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB, <br><br> Defendants | Civil Action No. 19-cv-15962-JXN LDW <br><br><br><br><br><br><br><br> **DECLARATION OF DANIEL MARKEBORN** |

I, Daniel Markeborn, hereby declare as follows:

1.    I am the Chief Sales Officer for CellMax Technologies in the above-captioned matter.

2.    I make this declaration in support of the Motion to Seal in accordance with Local Civil rules 5.3(c)(3) and 7.2 in connection with Plaintiffs' Motion for Sanctions (ECF No. 657) ("Motion").

3.    CellMax requests that Exhibit 32 to the Declaration of Andrew Sklar submitted in support of Defendants' Opposition to Plaintiffs' Motion for Sanctions



("Exhibit 32") be maintained under seal in its entirety on the Court's docket because it contains confidential, proprietary and non-public information regarding CellMax business operations and that of its customers. Based upon my knowledge, public disclosure of this information could cause clearly defined, serious, and unnecessary harm to CellMax or their customers.

4.    As detailed in the Consolidated Index, Exhibit 32 concerns discovery materials that have been designated Confidential or Attorneys' Eyes Only by the propounding party.

5.    Plaintiffs have not opposed the sealing of the material identified in the Consolidated Index.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___20 January___, 2026

_____
Daniel Markeborn

2