UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMPHENOL CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., *et al.*,<br><br>　　　　　Defendants. | Civil Action No.<br><br>19-15962 (JXN) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the parties' respective motions for sanctions (ECF 656, 657), and their related motions to strike certain evidence submitted with the parties' briefing on those underlying sanctions motions (ECF 668, 677, 678, 689); and

**WHEREAS** the Court has considered the motion papers and held oral argument on the foregoing motions on March 3, 2026; and

**WHEREAS** with respect to plaintiffs' motion for sanctions against defendants (ECF 657), the Court has determined that there are certain issues requiring further exploration at an evidentiary hearing, which the Court will address more specifically in a separate Order; and

**WHEREAS** with respect to the related motions to strike certain evidence submitted in support of or in opposition to plaintiffs' motion for sanctions against defendants (ECF 668, 677, 678, 689), the Court cannot decide those motions until it has determined, after an evidentiary hearing, the evidence required to decide plaintiffs' underlying sanctions motion; and

**WHEREAS** with respect to defendants' motion for sanctions against plaintiffs (ECF 656), the Court has requested certain further submissions, which the Court will address more specifically in a separate Order; and

**WHEREAS** in light of these further proceedings and submissions, the foregoing motions are not currently ripe for decision,

**IT IS** on this day, March 5, 2026, **ORDERED** that the motions at ECF 656, 657, 668, 677, 678, and 689 are hereby **ADMINISTRATIVELY TERMINATED, WITHOUT PREJUDICE** to their reinstatement by the Court once the motions are ripe for adjudication.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge
