Daniel S. Eichhorn, Esq. (5505)
Bocchi Law LLC
8 Hillside Avenue, Suite 208
Montclair, NJ 07042
(862) 213-0509
Attorneys for Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax AB

| | |
|---|---|
| COMMSCOPE, INC.,<br><br>                              Plaintiff,<br><br>       v.<br><br>ROSENBERGER TECHNOLOGY KUSHAN CO., et al.<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 2:19cv15962 (JXN-LDW)<br><br>Civil Action<br><br>**DECLARATION OF DANIEL S. EICHHORN, ESQ. IN SUPPORT OF THE *PRO HAC VICE* ADMISSION OF ELLIS HERINGTON, ESQ.** |

I, Daniel S. Eichhorn, Esq., hereby declares as follows:

1.      I am a partner of the law firm of Bocchi Law LLC, and I submit this declaration in support of the application of Ellis Herington, Esq. for admission to the District of New Jersey *pro hac vice* for the purposes of this pending action before the United States District Court for the District of New Jersey.

2.      I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey. I or another member of Bocchi Law LLC, who is a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey will sign all pleadings filed with the Court on behalf of Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America

Pennsauken, Inc., Rosenberger Site Solutions, LLC, and Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax AB in this matter and will be present for all appearances before the Court unless previously excused from appearing by the Court.

3.    In accordance with this application, I agreed to be responsible for the conduct and compliance with Local Civil Rule 101.1(c) of  Ellis Herington, Esq.

4.    It is respectfully requested that this Court enter the order admitting Ellis Herington, Esq. *pro hac vice* in this matter.

 I declare under penalty of perjury under the laws of the United States and State of New Jersey that the foregoing statements made by me are true and correct.


 s/Daniel S. Eichhorn, Esq.
Daniel S. Eichhorn, Esq.

Dated: March 13, 2026