Daniel S. Eichhorn, Esq. (5505)
Bocchi Law LLC
8 Hillside Avenue, Suite 208
Montclair, NJ 07042
(862) 213-0509
Attorneys for Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific
Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North
America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik
Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax Technologies AB

| | |
|---|---|
| COMMSCOPE, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROSENBERGER TECHNOLOGY<br>KUSHAN CO., et al.<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 2:19cv15962 (JXN-LDW)<br><br>Civil Action<br><br>**DECLARATION OF ELLIS HERINGTON, ESQ.<br>IN SUPPORT OF *PRO HAC VICE*<br>APPLICATION** |

I, Ellis Herington, Esq., hereby declares as follows:

1.      I am an attorney in the California office of the law firm King & Wood Mallesons. I submit this declaration in support of the application for my admission pro hac vice pursuant to Local Rule 101.1(c).

2.      I am a member in good standing of the Bars of the State of California, the State of Delaware, the United States District Court for the Western District of New York, the United States District Court for the Northern District of California, the United States District Court for the Western District of Texas, the United States District Court for the Eastern District of California, and the United States Court of Appeals for the Fifth Circuit. I am not under suspension or disbarment by any court.

3.      I was admitted to the Bar for the State of California in 2022. The California State Bar, located at 180 Howard Street, San Francisco, CA 94105 maintains the roll of all members of the Bar of the State of California.

4.      I was admitted to the Bar for the State of Delaware in 2018. The Delaware State Bar Association, located at 704 North King Street, suite 110 Wilmington, DE 19801 maintains the roll of all members of the Bar of the State of Delaware.

5.      I was admitted to the Bar for the United States District Court for the Western District of New York in 2022. The Clerk of the United States District Court for the Western District of New York, located at the United States District Court for the Western District of New York, Clerk's Office, 2120 Kenneth B. Keating Federal Building, 100 State Street, Rochester, NY 14614, maintains the roll of all members admitted to its Bar.

6.      I was admitted to the Bar for the United States District Court for the Northern District of California in 2022. The Clerk of the United States District Court for the Northern District of California, located at the United States District Court for the Northern District of California, Clerk's Office, 450 Golden Gate Avenue San Francisco, CA 94102-3489, maintains the roll of all members admitted to its Bar.

7.      I was admitted to the Bar for the United States District Court for the Western District of Texas in 2023. The Clerk of the United States District Court for the Western District of Texas, located at the United States District Court for the Western District of Texas, Clerk's Office, 262 West Nueva Street, Room 1-400 San Antonio, TX 78207, maintains the roll of all members admitted to its Bar.

8.      I was admitted to the Bar for the United States District Court for the Eastern District of California in 2024. The Clerk of the United States District Court for the Eastern District of California, located at the United States District Court for the Eastern District of California, Clerk's Office, 501 I Street, Room 4-200 Sacramento, CA 95814, maintains the roll of all members admitted to its Bar.

9.      I was admitted to the Bar for United States Court of Appeals for the Fifth Circuit in 2023. The Clerk of the United States Court of Appeals for the Fifth Circuit, located at the United States Court of Appeals for the Fifth Circuit, Clerk's Office, 600 S. Maestri Place, suite 115 New Orleans, LA 70130, maintains the roll of all members admitted to its Bar.

10.     There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

11.     In light of the foregoing, I respectfully request on behalf of Defendants, Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax Technologies AB, that I be admitted pro hac vice for the purpose of representing them in this matter in association with New Jersey counsel.

I declare under penalty of perjury under the laws of the United States and State of New Jersey that the foregoing statements made by me are true and correct.

_/s/Ellis Herington, Esq._
Ellis Herington, Esq.

Dated: March 12, 2026