# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Amphenol Corporation and Outdoor Wireless Networks LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik GmbH & Co. KG, Northwest Instrument, Inc., and CellMax Technologies AB,<br><br>Defendants. | Civil Action No. 19-cv-15962-JXN-LDW<br><br>**SEALING ORDER FOR JOINT MOTION TO SEAL PLAINTIFFS' MOTION FOR SANCTIONS AND RELATED DOCUMENTS** |

**THIS MATTER** having come before the Court by way of the Joint Motion to Seal Plaintiffs' Motion for Sanctions and Related Documents Pursuant to L. Civ. R. 5.3 (the "Motion") by Faegre Drinker Biddle & Reath LLP and Norris McLaughlin, P.A., attorneys for Amphenol Corporation and Outdoor Wireless Networks LLC ("Plaintiffs"), and King & Wood Mallesons and Cullen and Dykman

DMS_US.375455941.1

LLP, attorneys for Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax Technologies AB (collectively, "Defendants" and, together with Plaintiffs, the "Movants"), seeking to seal portions of the documents related to Plaintiffs' Motion for Sanctions Against Rosenberger for Spoliation of Evidence (ECF Nos. 658, 671, 683), (the "Identified Materials").

1. Movants seek to seal the following Identified Materials, as indicated in the Consolidated Index:

| ECF No. | Identified Materials | Sealing Designation |
|---|---|---|
| 658 | Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Sanctions Against Rosenberger for Spoliation of Evidence | Remain sealed. Redacted version to be filed publicly. |
| 658-1 | Declaration of Randall E. Kahnke in Support of Plaintiffs' Motion for Sanctions Against Rosenberger for Spoliation of Evidence | Remain sealed. Redacted version to be filed publicly. |
| 658-2 | Exhibits 1–7 | Remain sealed. Redacted version to be filed publicly. |
| 658-3 | Exhibits 8–15 | Remain sealed. |
| 658-4 | Exhibits 16–19 | Remain sealed. |
| 658-5 | Exhibits 20 – 20a–20g | Previously sealed. |

2

| ECF No. | Identified Materials | Sealing Designation |
|---|---|---|
| 658-6 | Exhibits 21–52 | Remain sealed. Redacted version to be filed publicly. |
| 658-7 | Exhibits 53–56 | Remain sealed. Redacted version to be filed publicly. |
| 671 | Defendants' Brief in Opposition to Plaintiffs' Motion for Sanctions Against Rosenberger for Spoliation of Evidence | Remain sealed. Redacted version to be filed publicly. |
| 671-1 | Declaration of Andrew Sklar in Support of Defendants' Opposition to Plaintiffs' Motion for Sanctions | Do not seal. Declaration may be filed publicly on the Court docket. |
| 671-2 | Exhibit 1 | Previously sealed. |
| 671-3 | Exhibit 2 | Previously sealed. |
| 671-4 | Exhibit 3 | Remain sealed. |
| 671-5 | Exhibit 4 | Remain sealed. |
| 671-6 | Exhibit 5 | Remain sealed. |
| 671-7 | Exhibit 6 | Remain sealed. |
| 671-8 | Exhibit 7 | Remain sealed. |
| 671-9 | Exhibit 8 | Remain sealed. |
| 671-10 | Exhibit 9 | Previously sealed. |

3

DMS_US.375455941.1

| ECF No. | Identified Materials | Sealing Designation |
|---|---|---|
| 671-11 | Exhibit 10 | Previously sealed. |
| 671-12 | Exhibit 11 | Remain sealed. |
| 671-13 | Exhibit 12 | Previously sealed. |
| 671-14 | Exhibit 13 | Remain sealed. |
| 671-15 | Exhibit 14 | Remain sealed. |
| 671-16 | Exhibit 15 | Remain sealed. |
| 671-17 | Exhibit 16 | Remain sealed. |
| 671-18 | Exhibit 17 | Remain sealed. Redacted version to be filed publicly. |
| 671-19 | Exhibit 18 | Do not seal. Exhibit may be filed publicly on the Court docket. |
| 671-20 | Exhibit 19 | Previously sealed. |
| 671-21 | Exhibit 20 | Remain sealed. |
| 671-22 | Exhibit 21 | Remain sealed. |
| 671-23 | Exhibit 22 | Remain sealed. |

4

| ECF No. | Identified Materials | Sealing Designation |
|---------|---------------------|---------------------|
| 671-24 | Exhibit 23 | Do not seal. Exhibit may be filed publicly on the Court docket. |
| 671-25 | Exhibit 24 | Remain sealed. |
| 671-26 | Exhibit 25 | Remain sealed. |
| 671-27 | Exhibit 26 | Remain sealed. |
| 671-28 | Exhibit 27 | Remain sealed. |
| 671-29 | Exhibit 28 | Remain sealed. |
| 671-30 | Exhibit 29 | Remain sealed. |
| 671-31 | Exhibit 30 | Remain sealed. |
| 671-32 | Exhibit 31 | Remain sealed. |
| 671-33 | Exhibit 32 | Remain sealed. |
| 671-34 | Exhibit 33 | Previously sealed. |
| 671-35 | Exhibit 34 | Do not seal. Exhibit may be filed publicly on the Court docket. |
| 671-36 | Exhibit 35 | Do not seal. Exhibit may be filed publicly on the Court docket. |

DMS_US.375455941.1

| ECF No. | Identified Materials | Sealing Designation |
|---|---|---|
| 671-37 | Exhibit 36 | Remain sealed. Redacted version to be filed publicly. |
| 671-38 | Exhibit 37 | Remain sealed. |
| 671-39 | Exhibit 38 | Do not seal. Exhibit may be filed publicly on the Court docket. |
| 671-40 | Exhibit 39 | Remain sealed. |
| 671-41 | Exhibit 40 | Remain sealed. |
| 671-42 | Exhibit 41 | Remain sealed. |
| 683 | Plaintiffs' Response in Support of Plaintiffs' Motion for Sanctions Against Rosenberger for Spoliation of Evidence | Remain sealed. Redacted version to be filed publicly. |
| 683-1 | Declaration of Randall E. Kahnke in Support of Plaintiffs' Response in Support of Plaintiffs' Motion for Sanctions Against Rosenberger for Spoliation of Evidence | Do not seal. Declaration may be filed publicly on the Court docket. |
| 683-2 | Exhibit 57 | Remain sealed. |
| 683-3 | Exhibit 58 | Remain sealed. |
| 683-4 | Exhibit 59 | Remain sealed. |
| 683-5 | Exhibit 60 | Remain sealed. |
| 683-6 | Exhibit 61 | Remain sealed. |

DMS_US.375455941.1

| ECF No. | Identified Materials | Sealing Designation |
|---|---|---|
| 683-7 | Exhibit 62 | Remain sealed. |
| 683-8 | Exhibit 63 | Previously sealed. |
| 683-9 | Exhibit 64 | Previously sealed. |
| 683-10 | Exhibit 65 | Remain sealed. |
| 683-11 | Exhibit 66 | Remain sealed. |
| 683-12 | Exhibit 67 | Remain sealed. |

2.      This case involves claims of, among other things, trade secret misappropriation under the Defend Trade Secrets Act, 18 U.S.C. §§1836 et seq. and New Jersey Trade Secrets Act, N.J.S.A. §§ 56:15-1 et seq. The information sought to be sealed includes confidential and proprietary information pertaining to the Movants' business operations, confidential and non-public information regarding confidential discovery materials and deposition transcripts marked Confidential or Attorneys' Eyes Only under the Discovery Confidentiality Order entered in this action on September 24, 2019 (ECF 22).

3.      Local Civil Rule 5.3(c)(3) require a party seeking to seal materials and transcripts filed with the Court to file a motion that describes "(a) the nature of the

DMS_US.375455941.1

materials or proceedings at issue, (b) the legitimate private or public interests which warrant the relief sought, (c) the clearly defined and serious injury that would result if the relief sought is not granted, and (d) why a less restrictive alternative to the relief sought is not available."

4.      Movants have a legitimate interest in maintaining the confidentiality of non-public discovery materials and competitive business information and would suffer a clearly defined injury if the information is disclosed, including the potential loss of competitive standing. *See United Therapeutics Corp. v. Actavis Labs. FL, Inc.*, Civ. A. No. 16-1816, 2017 WL 2172438, at *2 (D.N.J. May 17, 2017); *Curlin Med. Inc. v. ACTA Med., LLC*, Civ. A. No. 16-2464, 2017 WL 2729268, at *3 (D.N.J. Jan. 5, 2017) (granting the parties' motion to seal where "the confidential materials contain valuable, proprietary, and highly sensitive business information relating to the parties' respective businesses, including but not limited to financial information, business strategies, research and development, business relationships, customer information, and pricing information"); Federal Rule of Civil Procedure 26(c)(1)(G) (allowing the court to protect materials containing "trade secret[s] or other confidential research, development, or commercial information" upon motion by a party, to prevent harm to a litigant's competitive standing in the marketplace).

DMS_US.375455941.1

5.      No less restrictive alternative is available, as the Movants have sought sealing of only the portions of the materials that contain confidential information.

6.      Movants have submitted with the instant motion proposed redacted versions of those documents identified in Paragraph 1 on this Order in the concurrently filed Consolidated Index In Support of Joint Motion to Seal Plaintiffs' Motion for Sanctions and Related Documents.

7.      Movants have satisfied the requirements for sealing under Local Civil Rules 5.3(c).

**WHEREAS**, the Court having found that there is good cause to grant the motions to seal under the factors set forth in L. Civ. R. 5.3(c)(3),[1]

**IT IS** on this day, April 2, 2026:

**ORDERED** that Movants' motion to seal (ECF 713) is hereby **GRANTED**; and the material identified in the consolidated index (ECF 713-4) is hereby ordered **SEALED**;[2] it is further

---

[1]   The Court reserves the right to revisit the propriety of sealing certain of these materials if the Court elects to rely on said materials in any eventual Opinion and Order resolving the underlying motion.

[2]   There are several documents which the parties filed under temporary seal, but which they do not seek to seal permanently in the instant motion. (ECF 671-1, 671-19, 671-24, 671-35, 671-36, 671-39, 683-1). The parties shall file unredacted versions of those documents on the public docket on or before April 30, 2026. There is also one document for which the parties state they will file a redacted version, but have not done so. (ECF 671-37). The parties shall file a redacted version of that document on the public docket on or before April 30, 2026.

9

**ORDERED** that the Clerk of Court is directed to restrict public access to the documents listed in the Table in Paragraph 1 of this Order; and it is further

**ORDERED** that the Clerk of the Court is directed to terminate the motion the motion to seal (713).

Hon. Leda Dunn Wettre
United States Magistrate Judge

DMS_US.375455941.1