

faegredrinker.com

**Tracey Salmon-Smith**
Partner
tracey.salmonsmith@faegredrinker.com
+1 973 549 7038 direct

**Faegre Drinker Biddle & Reath** LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

April 13, 2026

**<u>Via ECF</u>**
The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: <u>Amphenol, Corp.</u>, *et al.* <u>v. Rosenberger Technology (Kunshan) Co.</u>
     <u>Ltd., *et al.*</u>; Civil Action No. 2:19-cv-15962-JXN-LDW

Dear Judge Wettre:

This law firm, together with Norris McLaughlin, P.A., represents Plaintiffs
Amphenol Corporation and Outdoor Wireless Networks LLC (collectively
"Plaintiffs" or "Amphenol") in the above-referenced matter.  Pursuant to Local
Civil Rule 101.1(c)(5), Plaintiffs respectfully request the Court's permission to
withdraw Nathaniel J. Zylstra, Hannah M. Leiendecker, and Rachel Cardwell as
counsel for Plaintiffs, who are three attorneys formerly associated with this law
firm that were previously granted *pro hac vice* admission (ECF Nos. 122, 202,
558).  This law firm and Norris McLaughlin, P.A. will remain as counsel for
Plaintiffs.

If this request meets Your Honor's approval, we respectfully request that Your
Honor execute the "So Ordered" provision below and have this letter entered on
the docket by the Clerk of the Court.

 Respectfully submitted,

 */s/ Tracey Salmon-Smith*
 Tracey Salmon-Smith

cc: All Counsel of Record (via ECF)

2

Hon. Leda Dunn Wettre, U.S.M.J.                              April 13, 2026

     **IT IS SO ORDERED** on this __14th__ day of _____April_____, 2026 that Plaintiffs' application is hereby granted; and it is further

     **ORDERED** that Nathaniel J. Zylstra, Hannah M. Leiendecker, and Rachel Cardwell are withdrawn as *pro hac vice* counsel for Plaintiffs; and it is further

     **ORDERED** that Faegre Drinker Biddle & Reath LLP and Norris Mclaughlin, P.A. will remain as counsel for Plaintiffs.

_____
Honorable Leda Dunn Wettre
United States Magistrate Judge