# BOCCHI LAW LLC

Attorneys At Law
8 Hillside Avenue, Suite 208
Montclair, New Jersey 07042

DANIEL S. EICHHORN
PARTNER
**deichhorn@bocchilaw.com**
(862) 213-0509

August 17, 2026

**<u>Via ECF</u>**
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Amphenol Corp. v. Rosenberger Technology (Kunshan) Co. Ltd., et al.*,** Civil Action No. 2:19-cv-15962-JXN-LDW

Dear Judge Wettre:

This law firm, together with King and Wood LLP, represents Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, Rosenberger Hochfrequenztechnik Gmbh & Co. Kg, Northwest Instrument, Inc. and CellMax Technologies AB ("**Defendants**") in the above-referenced matter.

Pursuant to Local Civil Rule 101.1(c)(5), Defendants respectfully request the Court's permission to withdraw Andrew Sklar as counsel for Defendants. Mr. Sklar was formerly associated with this law firm and previously was granted *pro hac vice* admission (Dkt. No. 551). This law firm and King and Wood LLP, and their other appearing attorneys remain as counsel for Defendants.

If the foregoing meets Your Honor's approval, we respectfully request that Your Honor execute the "So Ordered" provision below and have this letter entered on the docket by the Clerk of the Court.

Respectfully submitted,
**BOCCHI LAW, LLC**

*<u>s/ Daniel S. EIchhorn</u>*
DANIEL S. EICHHORN

Cc: All Counsel of Record (via ECF)

* * * * *

**IT IS SO ORDERED** on this 18th day of August, 2026 that Defendants' application is hereby granted; and it is further

**ORDERED** that Andrew Sklar is hereby withdrawn as *pro hac vice* counsel for Defendants; and it is further

**ORDERED** that King and Wood LLP and Bochhi Law LLC will remain as counsel for Defendants.

Leda Dunn Wettre

Honorable Leda Dunn Wettre
United States Magistrate Judge